| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Gary L. Fleming Sr.** | Social Security number or ITIN | **xxx–xx–2390** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter **11** | **2/6/19** |
| Case number: | **19–20486–TPA** | | |

Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gary L. Fleming Sr. | |
| 2. | **All other names used in the last 8 years** | aka Gary L. Fleming, dba Gary L. Fleming CLU & Associates, dba Fleming Financial Services | |
| 3. | **Address** | 520 Thorn St.<br>Sewickley, PA 15143 | |
| 4. | **Debtor's attorney**<br>Name and address | Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone  412–391–8000<br><br>Email  chris.frye@steidl–steinberg.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone  412–644–2700<br><br>Date: 3/7/19 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 3, 2019 at 01:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Liberty Center, 7th Floor, Room 725, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **7.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** <ul><li>if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or</li><li>if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).</li></ul> | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints: 6/3/19** |
| | | **Deadline for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: <ul><li>your claim is designated as *disputed*, *contingent*, or *unliquidated*;</li><li>you file a proof of claim in a different amount; or</li><li>you receive another notice.</li></ul> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **7/2/19**  For a governmental unit: **8/5/19** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 19-20486-TPA
Gary L. Fleming, Sr.                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 2    Date Rcvd: Mar 07, 2019
                       Form ID: 309E   Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.
```
db          +Gary L. Fleming, Sr.,    520 Thorn St.,    Sewickley, PA 15143-1533
aty          Brian M. Kile,   Grenen & Birsic PC,    One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
aty         +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
aty         +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1945
aty         +Larry E. Wahlquist,    U.S. Trustee Program/Dept. of Justice,    1001 Liberty Avenue,    Suite 970,
              Pittsburgh, PA 15222-3721
aty          Michael W. Sloat,    Lynn, King & Schreffler,    606 Main Street,    Emlenton, PA  16373
cr          +Farmers National Bank,    Drawer D,    Emlenton, PA 16373-0046
cr          +Key Bank, N.A.,    4224 Ridge Lea,    Amherst, NY 14226-1016
14990138    +Allegheny Health Netwoek,    PO Box 645266,    Pittsburgh, PA 15264-5250
14990140     American Express,    Po Box 10396,    Des Moines, IA 50306-0396
14990147    +Bohdan Stone,    1537 SE Ballantrae Court,    Port Saint Lucie, FL 34952-6041
14990149     Chase Bank,    Po Box 901060,    Fort Worth, TX 76101-2060
14990151    +Chase Bank,    Po Box 180255,    Columbus, OH 43218-0255
14990153    +Edgeworth Club,    511 East Dr.,    Sewickley, PA 15143-1199
14990154     Farmer’s National Bank,    612 Main St.,    Emlenton, PA 16373
14990156    +Key Bank N.A.,    4224 RIdge Lee Rd.,    Amhurst, NY 14226-1016
14990157     Key Bank N.A.,    Po Box 94968,    Cleveland, OH 44101-4968
15000883     Key Bank, N.A.,    c/o Brian M. Kile, Esquire,    Grenen & Birsic, PC,
              One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
14995538    +KeyBank N.A. as F/B/M to First Niagara Bank N.A.,    4910 Tiedeman Road,
              Brooklyn, OH 44144-2338
14995536    +KeyBank N.A. as S/B/M to First Niagara Bank N.A.,    4910 Tiedeman Road,
              Brooklyn, OH 44144-2338
14990161    +Lerner Windmill,    21258 Windmill Parc Dr.,    Sterling, VA 20166-6694
14990165    +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14990167    +Sewickely Cemetery,    Po Box 183,    Sewickley, PA 15143-0183
15003549    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: chris.frye@steidl-steinberg.com Mar 08 2019 02:28:55     Christopher M. Frye,
              Steidl & Steinberg,    Suite 2830 Gulf Tower,    707 Grant Street,    Pittsburgh, PA  15219
smg          EDI: IRS.COM Mar 08 2019 07:13:00      Internal Revenue Service,    Special Procedures Division,
              P.O. Box 628,    Bankruptcy Section,    Pittsburgh, PA  15230
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2019 02:29:37     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
ust         +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 08 2019 02:29:50
              Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
cr          +E-mail/Text: kburkley@bernsteinlaw.com Mar 08 2019 02:30:28     Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
14990139     EDI: AMEREXPR.COM Mar 08 2019 07:13:00      American Express,    Po Box 360001,
              Fort Lauderdale, FL 33336-0001
14990141    +EDI: AMEREXPR.COM Mar 08 2019 07:13:00      American Express Corporation,    PO Box 981537,
              El Paso, TX 79998-1537
15003386     EDI: BECKLEE.COM Mar 08 2019 07:13:00      American Express National Bank,
              c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14990145     EDI: BANKAMER.COM Mar 08 2019 07:13:00      Bank of America,    PO Box 982238,
              El Paso, TX 79998-2238
14990146    +EDI: TSYS2.COM Mar 08 2019 07:13:00      Barclay’s Bank,    P.O. Box 8803,
              Wilmington, DE 19899-8803
14990148     EDI: RMSC.COM Mar 08 2019 07:13:00      Care Credit,    c/o Synchrony Bank,    PO Box 9650061,
              Orlando, FL 32896-0061
14990152     EDI: DISCOVER.COM Mar 08 2019 07:13:00      Discover Card,    P.O. Box 15251,
              Wilmington, DE 19886
14995053     EDI: DISCOVER.COM Mar 08 2019 07:13:00      Discover Bank,    Discover Products Inc,
              PO Box 3025,    New Albany, OH  43054-3025
14994787    +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 08 2019 02:30:07     KeyBank N.A.,
              4910 Tiedeman Road,    Brooklyn, OH 44144-2338
14990162     EDI: TFSR.COM Mar 08 2019 07:13:00      Lexus Financial Services,    PO Box 4102,
              Carol Stream, IL 60197-4102
14990163     EDI: TSYS2.COM Mar 08 2019 07:13:00      Macy’s,    Po Box 8058,    Mason, OH 45040-8058
14991014    +EDI: PRA.COM Mar 08 2019 07:13:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
                                                                                              TOTAL: 17
```

```
District/off: 0315-2           User: lfin                  Page 2 of 2                  Date Rcvd: Mar 07, 2019
                               Form ID: 309E               Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Toyota Lease Trust
14990164         Osborne Condo Assoc.
14990166         Richard Scott
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14990142*       +American Express Corporation,    PO Box 981537,    El Paso, TX 79998-1537
14990143*       +American Express Corporation,    PO Box 981537,    El Paso, TX 79998-1537
14990144*       +American Express Corporation,    PO Box 981537,    El Paso, TX 79998-1537
14990150*        Chase Bank,   Po Box 901060,    Fort Worth, TX 76101-2060
14990155*        Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
14990158*        Key Bank N.A.,    Po Box 94968,    Cleveland, OH 44101-4968
14990159*        Key Bank N.A.,    Po Box 94968,    Cleveland, OH 44101-4968
14990160*        Key Bank N.A.,    Po Box 94968,    Cleveland, OH 44101-4968
14995539*       +KeyBank N.A.,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
14995537*       +KeyBank N.A. as S/B/M to First Niagara Bank N.A.,    4910 Tiedeman Road,
                  Brooklyn, OH 44144-2338
                                                                                              TOTALS: 3, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
              Brian M. Kile    on behalf of Creditor   Key Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Christopher M. Frye    on behalf of Debtor Gary L. Fleming, Sr. chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James  Warmbrodt    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Larry E. Wahlquist    on behalf of U.S. Trustee   Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Michael W. Sloat    on behalf of Creditor   Farmers National Bank mike@lkslaw.us, scott@lkslaw.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 7
```