# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Gary L. Fleming, Sr. AKA Gary L. Fleming, DBA  Gary L. Fleming CLU & Associates, DBA  Fleming Financial Services | : : : : | Case No.: 19-20486 Chapter 11 Judge Thomas P. Agresti * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| Debtor(s). | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 19-009576

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

19-009576_KV

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall
Sarah E. Barngrover
Edward H. Cahill
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-009576_KV

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Gary L. Fleming, Sr. AKA Gary L.** | : | **Case No.: 19-20486** |
| **Fleming, DBA  Gary L. Fleming** | : | **Chapter 11** |
| **CLU & Associates, DBA  Fleming** | : | **Judge Thomas P. Agresti** |
| **Financial Services** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Debtor(s).** | : | |

## **CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 11, 2019.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Christopher M. Frye, Attorney for  Gary L. Fleming, Sr. AKA Gary L. Fleming, DBA  Gary L. Fleming CLU & Associates, DBA  Fleming Financial Services, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA  15219, chirs.frye@steidl-steinburg.com

Service by First-Class Mail:
Gary L. Fleming, Sr. AKA Gary L. Fleming, DBA  Gary L. Fleming CLU & Associates, DBA  Fleming Financial Services, 520 Thorn St., Sewickley, PA  15143

EXECUTED ON: March 11, 2019

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

19-009576_KV

**MANLEY DEAS KOCHALSKI LLC**
**P.O. BOX 165028**
**COLUMBUS OH  43216-5028**

Gary L. Fleming, Sr. AKA Gary L. Fleming, DBA  Gary L. Fleming CLU & Associates,
DBA  Fleming Financial Services
520 Thorn St.
Sewickley, PA  15143

Gary L. Fleming, Sr. AKA Gary L. Fleming, DBA  Gary L. Fleming CLU & Associates,
DBA  Fleming Financial Services
520 Thorn St.
Sewickley, PA  15143