IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-20486 TPA |
| Gary L. Fleming, Sr., | ) | |
| | ) | Chapter 11 |
| Debtor | ) | Related to Docket No. 18 and 21 |
| | ) | |
| | ) | |
| Gary L. Fleming, Sr., | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EMPLOY REALTOR TO SELL DEBTOR'S REAL PROPERTY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Employ Realtor to Sell Debtor's Real Property filed on February 21, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Employ Realtor to Sell Debtor's Real Property appears thereon. Pursuant to the Notice of Hearing, objections for Motion to Employ Realtor to Sell Debtor's Real Property were to be filed and served no later than March 11, 2019**.**

It is hereby respectfully requested that the Order attached to the Motion to Employ Realtor to Sell Debtor's Real Property be entered by the Court.

                                                        Respectfully submitted,

March 13, 2019                             /s/ Christopher M. Frye
Date:                                       Christopher M. Frye, Esquire
                                             Attorney for the Debtor
                                             STEIDL & STEINBERG
                                             707 Grant Street
                                             Suite 2830, Gulf Tower
                                             Pittsburgh, PA 15219
                                             (412) 391-8000
                                             chris.frye@steidl-steinberg.com
                                             PA I.D. No. 208402