Case 19-20486-TPA    Doc 43    Filed 03/14/19    Entered 03/14/19 15:43:40    Desc Main
              Document      Page 1 of 1

FILED
3/14/19 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-20486-TPA |
| Gary L. Fleming, Sr. | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 3/14/2019 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

***MATTER:***  #11 Motion for Sale on Mineral Rights and Royalties (Debtor)

   #28 CNO filed
   *(Posted on EASI on 2/14/19)*

***APPEARANCES:***

   Debtor:   Christopher M. Frye

***NOTES:***

Frye:   This is the sale of mineral rights in West Virginia. There are no known liens or relationship between buyer and seller. The only person present in the courtroom is Counsel for Pieria. There was an updated order filed today.

***OUTCOME:***   GRANTED / OE

/s/ Thomas P. Agresti

vas