IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-20486 TPA |
| Gary L. Fleming, Sr., ) | |
| ) | Chapter 11 |
| Debtor ) | Related to Docket No. 44 |
| ) | |
| ) | |
| Gary L. Fleming, Sr., ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| No Respondents ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 19, 2019, a true and correct copy of the *order Confirming Sale of Mineral and Royalty Rights Free and Divested of Liens* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Gary L. Fleming, Sr.
520 Thorn Street
Sewickley, PA 15143

Pieria Holdings, LLC
25 Highland Park Village 100-308
Dallas, TX 75205

April Morgan Hincy, Esq.
Eckert Seamans Cherin & Mellott, LLC
US Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Date of Service:    March 19, 2019

/s/ Christopher M. Frye_____
Christopher M. Frye, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I. D. No.  208402