

*U.S. Department of Justice*

Office of the United States Trustee

*Western District of Pennsylvania*

*1001 Liberty Avenue, Room 970*      *(412) 644-4756*
*Pittsburgh, PA   15222*     *fax (412) 644-4785*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

IN RE:

Gary L. Fleming, Sr.,      CASE NO. 19-20486-TPA

DEBTOR-IN-POSSESSION

The §341(a) Meeting of Creditors was **convened** on April 3, 2019, but continued until May 15, 2019, at 10:00 a.m. for proof of his Social Security number only.


ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3


By: /s/ Larry Wahlquist
    Larry Wahlquist
    Trial Attorney
    Presiding Officer
    Larry.E.Wahlquist@usdoj.gov


Date: April 3, 2019