

U.S. Department of Justice

Office of the United States Trustee

*Western District of Pennsylvania*

---

*1001 Liberty Avenue, Room 970*          *(412) 644-4756*
*Pittsburgh, PA   15222*                  *fax (412) 644-4785*

# MINUTES OF §341 MEETING OF CREDITORS
## <u>CHAPTER 11</u>

IN RE:

Gary L. Fleming, Sr.                      CASE NO. 19-20486-TPA

DEBTOR-IN-POSSESSION

The §341(a) Meeting of Creditors was **convened** on April 3, 2019, but continued until May 15, 2019 for proof of Social Security number only (See docket number 55). The debtor provided that information today and the meeting is now closed.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3

By: /s/ Larry Wahlquist
    Larry Wahlquist
    Trial Attorney
    Presiding Officer
    Larry.E.Wahlquist@usdoj.gov

Date: April 11, 2019