IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Gary L. Fleming Sr., *et al.* | : | Bankruptcy No. 19-20486-TPA |
| Debtor | : | Chapter 11 |
| Toyota Lease Trust | : | Document Nos. 52, 56 |
| Movant | : | Hearing Date & Time: 4/25/19 @ 10:00 |
| | : | |
| v. | : | |
| Gary L. Fleming Sr., *et al.* | : | |
| | | |
| Respondent(s) | : | |

## CERTIFICATION OF COUNSEL REGARDING
## MOTION OF TOYOTA LEASE TRUST TO CONTINUE HEARING SCHEDULED FOR APRIL 25, 2019

The undersigned hereby certifies that agreement has been reached with the respondent(s) to continue the hearing on the Motion for Relief from the Automatic Stay scheduled for April 25, 2019.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐    An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

☐    No other order has been filed pertaining to the subject matter of this agreement.

X    The attached document does not require a proposed order.

Dated:  April 19, 2019            By:    /s/ James C. Warmbrodt
                                                  Signature
                                                  James C. Warmbrodt, Esquire

                                                  _____
                                                  Typed Name
                                                  KML Law Group, P.C.
                                                  BNY Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106

                                                  _____
                                                  Address
                                                  412-430-3594

                                                  _____
                                                  Phone No.
                                                  PA I.D. No. 42524

                                                  _____
                                                  List Bar I.D. and State of Admission

**PAWB Local Form 26 (06/17)**