FILED
4/23/19 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Gary L. Fleming Sr. aka Gary L. Fleming dba Gary L. Fleming CLU & Associates dba Fleming Financial Services<br><br>Debtor<br><br>Toyota Lease Trust<br><br>Movant<br><br>**vs.**<br><br>Gary L. Fleming Sr. aka Gary L. Fleming dba Gary L. Fleming CLU & Associates dba Fleming Financial Services<br><br>Respondent | CHAPTER 11<br><br>BK.NO. 19-20486-TPA<br><br>Related to Document No. 52, 62 |

## ORDER

Upon consideration of the Motion filed by Toyota Lease Trust, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing on the Motion for Relief from the Automatic Stay scheduled for April 25, 2019 is hereby continued to June 20, 2019 at 10:00 A.M.

By the Court,

_____ J.    vas

Consented to by:

*/s/ Christopher M. Frye, Esquire*
Christopher M. Frye, Esquire
Steidl & Steinberg
707 Grant Street, Suite 2830
Pittsburgh, PA 15219
412-391-5000
Counsel for the Debtor

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
Counsel for the Movant

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gary L. Fleming, Sr.  
      Debtor

Case No. 19-20486-TPA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 1      Date Rcvd: Apr 23, 2019  
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.  
db          +Gary L. Fleming, Sr.,    520 Thorn St.,    Sewickley, PA 15143-1533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:

           Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue    Office of Attorney General akovalchick@attorneygeneral.gov  
           Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com  
           Brian Thomas Langford    on behalf of Creditor    Key Bank, N.A. PitEcf@weltman.com, PitEcf@weltman.com  
           Christopher M. Frye    on behalf of Debtor Gary L. Fleming, Sr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
           James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
           Karina Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com  
           Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
           Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov  
           Michael W. Sloat    on behalf of Creditor    Farmers National Bank mike@lkslaw.us, scott@lkslaw.us  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
                                                                                                                                                           TOTAL: 10