IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Gary L. Fleming, Sr.                                                    19-20486-TPA

Debtor(s).

**STATEMENT THAT UNSECURED CREDITORS'
COMMITTEE HAS NOT BEEN APPOINTED**

TO:    CLERK, UNITED STATES BANKRUPTCY COURT

As of the date of this statement, a Committee of Unsecured Creditors has not been appointed by the United States Trustee for the reason(s) checked below:

( )    Debtors schedules reflect only ____ unsecured creditors.

(X)    No unsecured creditors responded to U.S. Trustee's communication/contact for service on the committee.

( )    Insufficient response to U.S. Trustee's communication/contact for service on the committee.

( )    Non-operating debtor-in-possession; no creditor interest.

( )    Motion to convert to Chapter 7 or dismiss pending.

( )    Case converted or dismissed.

( )    Other.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3


By: /s/Larry Wahlquist
    Larry Wahlquist
    Trial Attorney
Larry.E.Wahlquist@usdoj.gov

Dated: April 29, 2019

cc:  Christopher M. Frye, Esquire

Accepting Creditor(s)