## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Bankruptcy Case No. 19-20486-TPA |
| | ) |
| GARY L. FLEMING, | ) Chapter 11 |
| | ) |
| Debtor | ) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter our appearance on behalf of Bohdan Stone, in the above-captioned bankruptcy proceedings. I request that copies of all notices filed be sent to the undersigned and that the name and address of the undersigned be added to the mailing matrix.

/s/ Richard J. Parks
Richard J. Parks
Pa. Supreme Court ID No. 40477
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
7 West State Street, Suite 100
Sharon, PA 16146
(724) 981-1397
Fax: (724) 981-1398
E-mail: rjp@pietragallo.com

Attorneys for Bohdan Stone

Dated: April 30, 2019

4825392v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                  ) Bankruptcy Case No. 19-20486-TPA
                                                        )
GARY L. FLEMING,                                        ) Chapter 11
                                                        )
  Debtor                                                )

### DECLARATION IN LIEU OF AFFIDAVIT

**Regarding Request to be Added to the Mailing Matrix**

I am the Attorney for Bohdan Stone, a creditor in the above-captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The new address should be used instead of the existing address and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:     *Please check the appropriate box*

☒     that there are no other requests to receive notices on behalf of this creditor, or

☐     that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

_____
Creditor's Name

_____
Creditor's Address

_____
City, State and Zip

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 30, 2019.

/s/ Richard J. Parks
Richard J. Parks
Pa. Supreme Court ID No. 40477
Attorney for Bohdan Stone