IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-20486 TPA |
| Gary L. Fleming, Sr., ) | |
| ) | Chapter 11 |
| Debtor ) | Related to Docket No. 59 and 60 |
| ) | |
| ) | |
| Gary L. Fleming, Sr., ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| No Respondents ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR PAYMENT OF EXEMPTION MONEY FROM SALE PROCEEDS PURUSNT TO 11 U.S.C. § 522(d)(5)**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Payment of Exemption Money from Sale Proceeds Pursuant to 11 U.S.C. Section 522(d)(5) filed on April 16, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Payment of Exemption Money from Sale Proceeds Pursuant to 11 U.S.C. Section 522(d)(5) appears thereon. Pursuant to the Notice of Hearing, objections for Motion for Payment of Exemption Money from Sale Proceeds Pursuant to 11 U.S.C. Section 522(d)(5) were to be filed and served no later than May 3, 2019**.**

    It is hereby respectfully requested that the Order attached to the Motion for Payment of Exemption Money from Sale Proceeds Pursuant to 11 U.S.C. Section 522(d)(5) be entered by the Court.

Respectfully submitted,

May 8, 2019    /s/ Christopher M. Frye
Date:            Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402