FILED
5/9/19 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-20486 TPA |
| Gary L. Fleming, Sr., ) | |
| ) | Chapter 11 |
| Debtor ) | Docket No. 59 |
| ) | |
| ) | |
| Gary L. Fleming, Sr., ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| No Respondents ) | |

## ORDER OF COURT

AND NOW, to wit, this **9th** day of **May, 2019**, upon consideration of the Motion for Payment of Exemption Money from Sale Proceeds Pursuant to 11 U.S.C. § 522(d)(5) ("Motion"), it is hereby ORDERED, ADJUDGED, and DECREED that Debtor's counsel shall distribute $13,100.00 to the Debtor from the sale proceeds of the Court approved sale of mineral and royalty rights located in Ritchie County, West Virginia currently being held by Debtor's counsel pursuant to an exemption taken in those funds by the Debtor under 11 U.S.C. § 522(d)(5). Said funds shall be deposited by the Debtor into the Debtor's Debtor in Possession account and shall be used for the purposes described in the Motion.

_____ vas
Honorable Thomas P. Agresti
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 19-20486-TPA
Gary L. Fleming, Sr.                                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 1              Date Rcvd: May 09, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db             +Gary L. Fleming, Sr.,    520 Thorn St.,    Sewickley, PA 15143-1533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Brian Thomas Langford    on behalf of Creditor    Key Bank, N.A. PitEcf@weltman.com,
               PitEcf@weltman.com
              Christopher M. Frye    on behalf of Debtor Gary L. Fleming, Sr. chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James   Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Sewickley jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Quaker Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    School Borough of Glen Osborne jhunt@grblaw.com,
               cnoroski@grblaw.com
              Karina   Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Michael W. Sloat    on behalf of Creditor    Farmers National Bank mike@lkslaw.us,  scott@lkslaw.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard J. Parks    on behalf of Creditor Bohdan W. Stone rjp@pietragallo.com,
               ms@pietragallo.com;jk@pietragallo.com
                                                                                              TOTAL: 15