FILED
5/15/19 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR#040330670

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Gary L. Fleming, Sr., | CASE NO. 19-20486-TPA |
| Debtor, | CHAPTER 11 |
| KeyBank, N.A. S/B/M to First Niagara Bank, N.A.<br>Movant. | Related to Document No. 63 |
| Gary L. Fleming, Sr.,<br>Respondent/Debtor. | |

**ORDER ON MOTION TO WITHDRAW KEYBANK, N.A. S/B/M TO FIRST NIAGARA BANK, N.A.'S**
**MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE**
**OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY WITHOUT PREJUDICE**

This cause came on for hearing this ___15th___ day of _____May_____, 2019, in said District, upon the Motion of KeyBank, N.A. S/B/M to First Niagara Bank, N.A. to Withdraw its Motion for Relief from Automatic Stay and Notice of Hearing on Motion for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant's Motion to withdraw its Motion for Relief from Automatic Stay and Notice of Hearing on Motion for Relief from Automatic Stay without prejudice filed on 05/14/2019 is hereby granted.

It is further ORDERED AND DECREED that Movant's Motion for Relief from Automatic Stay and Notice of Hearing on Motion for Relief from Automatic Stay is hereby withdrawn and the hearing previously scheduled for May 30, 2019 is *CANCELLED*.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Brian Langford
PA I.D #324884
436 7th Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 338-7102

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-20486-TPA
Gary L. Fleming, Sr.                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: lfin                    Page 1 of 1            Date Rcvd: May 15, 2019
                                Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
db              +Gary L. Fleming, Sr.,    520 Thorn St.,    Sewickley, PA 15143-1533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue    Office of Attorney General
               akovalchick@attorneygeneral.gov
              Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Brian Thomas Langford    on behalf of Creditor    Key Bank, N.A. PitEcf@weltman.com,
               PitEcf@weltman.com
              Christopher M. Frye    on behalf of Debtor Gary L. Fleming, Sr. chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James    Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Sewickley jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Quaker Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    School Borough of Glen Osborne jhunt@grblaw.com,
               cnoroski@grblaw.com
              Karina    Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Michael W. Sloat    on behalf of Creditor    Farmers National Bank mike@lkslaw.us,    scott@lkslaw.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard J. Parks    on behalf of Creditor Bohdan W. Stone rjp@pietragallo.com,
               ms@pietragallo.com;jk@pietragallo.com
                                                                                               TOTAL: 15