Case 19-20486-TPA    Doc 83    Filed 06/20/19    Entered 06/20/19 16:27:04    Desc Main
Document    Page 1 of 1

FILED
6/20/19 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| In re: | : | Case No.: | 19-20486-TPA |
|---|---|---|---|
| Gary L. Fleming, Sr. | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 6/20/2019 |
|  | : | Time: | 10:00 |

**PROCEEDING MEMO**

*MATTER:*      #52 MFRS (Toyota Lease Trust)
                       #56 Resp. by Debtor

*APPEARANCES:*

          Debtor:          Christopher M. Frye
          Toyota Lease:    James Warmbrodt

*NOTES:*

Warmbrodt:   Lease payments have bee paid and we can withdraw the motion.

Frye:        The MORs can be filed in the next day or two.

*OUTCOME:*    DENIED as moot/ MOE.

vas