FILED
6/20/19 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary L. Fleming Sr. aka Gary L. Fleming dba Gary L. Fleming CLU & Associates dba Fleming Financial Services<br><br>　　　　　　　　Debtor(s) | BK. NO. 19-20486 TPA |
| Toyota Lease Trust<br>　　　　　　　　Movant<br>　　　v.<br>Gary L. Fleming Sr. aka Gary L. Fleming dba Gary L. Fleming CLU & Associates dba Fleming Financial Services<br>　　　　　　　　Respondent | CHAPTER 11<br><br>Related to Document No. 52 |

ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 20th day of June, 2019, upon Motion of Toyota Lease Trust, it is

**ORDERED THAT:** The ~~Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d)~~ as to Movant to ~~permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2017 Lexus IS350, VIN: JTHCE1D20H5013151, in a commercially reasonable manner~~

*Movant's request to withdraw as moot is GRANTED*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list:

Gary L. Fleming Sr. aka Gary L. Fleming dba Gary L. Fleming CLU & Associates dba Fleming Financial Services
520 Thorn Street
Sewickley, PA 15143

Christopher M. Frye Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Pittsburgh, PA 15219
jsteidl1356@hotmail.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gary L. Fleming, Sr.
    Debtor

Case No. 19-20486-TPA
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Jun 20, 2019
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2019.
db         +Gary L. Fleming, Sr.,    520 Thorn St.,    Sewickley, PA 15143-1533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2019 at the address(es) listed below:
         Anthony T. Kovalchick    on behalf of Creditor    Dep't of Revenue    Office of Attorney General akovalchick@attorneygeneral.gov
         Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
         Brian Thomas Langford    on behalf of Creditor    Key Bank, N.A. PitEcf@weltman.com, PitEcf@weltman.com
         Christopher M. Frye    on behalf of Debtor Gary L. Fleming, Sr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Sewickley jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Quaker Valley School District jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    School Borough of Glen Osborne jhunt@grblaw.com, cnoroski@grblaw.com
         Karina Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
         Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov
         Michael W. Sloat    on behalf of Creditor    Farmers National Bank mike@lkslaw.us, scott@lkslaw.us
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Richard J. Parks    on behalf of Creditor Bohdan W. Stone rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
                                                                                           TOTAL: 15