IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Gary L. Fleming, Sr., ) | Case No. 19-20486 TPA |
| ) | |
| Debtor ) | Chapter 11 |
| ) | Related to Docket No. 92 and 93 |
| ) | |
| Gary L. Fleming, Sr., ) | |
| ) | |
| Movant ) | |
| ) | |
| Vs. ) | |
| ) | |
| Ray Pronto, Farmer's National Bank, ) | |
| KeyBank, N.A., Quaker Valley School ) | |
| District, Borough of Sewickley, ) | |
| County of Allegheny, ) | |
| ) | |
| Respondents ) | |

## **CERTIFICATION OF NO OBJECTION REGARDING MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Sell Real Estate Free and Clear of Liens filed on July 17, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Sell Real Estate Free and Clear of Liens appears thereon. Pursuant to the Notice of Hearing, objections for Motion to Sell Real Estate Free and Clear of Liens were to be filed and served no later than August 5, 2019**.**

It is hereby respectfully requested that the Order attached to the Motion to Sell Real Estate Free and Clear of Liens be entered by the Court.

Respectfully submitted,

August 6, 2019
Date:

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402