FILED
8/22/19 4:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-20486-TPA |
| | : | | |
| Gary L. Fleming, Sr. | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/22/2019 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER:**   #86 Motion to Convert Case from Ch. 11 to Ch. 7 (Debtor)
#101 CNO filed

**APPEARANCES:**

Debtor:        Christopher M. Frye
Key Bank:    Brian Kile

**NOTES:**

Frye:       The idea within the chapter 11 was to sell properties and file a plan that would combine proceeds with ongoing revenues. He is having problem paying his ongoing expenses, so a chapter 7 makes sense at this point. That being said the realtor listed the property and we got a buyer almost immediately, so we wanted to jump on this, so we did not lose a potential cash buyer for a good price. There was a condominium property that the realtor had been approved on. The condo is still listed and it has equity. We are claiming the homestead exemption. This is the homestead. The condo is his business. The entire matrix and the buyer and all real estate agents were served. We have had no objections. The value of the property in this schedules was $600,000.

**OUTCOME:**   GRANTED / MOE

vas