Case 19-20486-TPA    Doc 106    Filed 08/22/19    Entered 08/22/19 16:47:12    Desc Main
Document      Page 1 of 1

FILED
8/22/19 4:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 19-20486-TPA |
| | : | |
| Gary L. Fleming, Sr. | : | Chapter: 11 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date: 8/22/2019 |
| | : | Time: 11:30 |

**PROCEEDING MEMO**

*MATTER:*   #90 Appl. to Employ Carroll Ferguson and Howard Hanna Real
Estate as Realtor (Debtor)
   #97 CNO filed

*APPEARANCES:*
Debtor:   Christopher M. Frye
Key Bank:   Brian Kile

*NOTES:*

SEE NOTES ON PROCEEDING MEMO FOR HEARING HELD 8/22/19 ON # 86.

*OUTCOME:*   GRANTED / OE

vas