## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/22/19 4:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-20486-TPA |
| | : | |
| Gary L. Fleming, Sr. | : | Chapter: 11 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date: 8/22/2019 |
| | : | Time: 11:30 |

### PROCEEDING MEMO

**_MATTER:_**   #92 Motion for Sale (Debtor)
   #98 CNO filed
   ***(Posted on EASI on 7/1719)***

**_APPEARANCES:_**
   Debtor:   Christopher M. Frye
   Key Bank:   Brian Kile

**_NOTES:_**

Kile:   I am here more for motion to convert and to see where the case goes.

**_OUTCOME:_**   GRANTED / OE

*[signature]* vas