IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Gary L. Fleming, ) | Case No. 19-20486 TPA |
| ) | Chapter 7 |
| Debtor ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through his attorney Christopher M. Frye, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Gary L. Fleming, had an address of 520 Thorn Street, Sewickley, PA 15143.

2. The debtor has since moved and the new address is 819 Beaver Street, Sewickley, PA 15143-1738.

WHEREFORE, the debtor, Gary L. Fleming, respectfully files this Notice of Change of Address.

Respectfully submitted,

October 7, 2019
DATE

/s/Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA ID #208402