FILED
11/12/19 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gary L. Fleming Sr. aka Gary L. Fleming dba Gary L. Fleming CLU & Associates dba Fleming Financial Services<br><br>　　　　　　　　　　Debtor(s) | BK. NO. 19-20486 TPA |
| Toyota Lease Trust<br>　　　　　　　　　　Movant<br>　　v.<br>Gary L. Fleming Sr. aka Gary L. Fleming dba Gary L. Fleming CLU & Associates dba Fleming Financial Services<br>　　　　　　　　　　Respondent<br>　　and<br>Rosemary C. Crawford., Trustee<br>　　　　　　　　　　Additional Respondent | CHAPTER 7<br><br>RELATED TO DOCUMENT NO. 131 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　AND NOW, this 12th day of November, 2019, upon Motion of Toyota Lease Trust, it is

　　**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2017 Lexus IS350, VIN: JTHCE1D20H5013151, in a commercially reasonable manner.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list:

Gary L. Fleming Sr. aka Gary L. Fleming dba Gary L. Fleming CLU & Associates dba Fleming Financial Services
520 Thorn Street
Sewickley, PA 15143

Christopher M. Frye Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Pittsburgh, PA 15219
jsteidl1356@hotmail.com

Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 19-20486-TPA
Gary L. Fleming, Sr.                                                   Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Nov 12, 2019
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.
db             Gary L. Fleming, Sr.,   819 Beaver Street,   Sewickley, PA 15143-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue    Office of Attorney General
               akovalchick@attorneygeneral.gov
              Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Brian Thomas Langford    on behalf of Creditor    Key Bank, N.A. PitEcf@weltman.com,
               PitEcf@weltman.com
              Christopher M. Frye    on behalf of Debtor Gary L. Fleming, Sr. chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Sewickley jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Quaker Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    School Borough of Glen Osborne jhunt@grblaw.com,
               cnoroski@grblaw.com
              Karina Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Michael W. Sloat    on behalf of Creditor    Farmers National Bank mike@lkslaw.us,   scott@lkslaw.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard J. Parks    on behalf of Creditor Bohdan W. Stone rjp@pietragallo.com,
               ms@pietragallo.com;jk@pietragallo.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                             TOTAL: 16