IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-20486 TPA |
| Gary L. Fleming, Sr., | ) | |
| | ) | Chapter 7 |
| Debtor | ) | Related to Docket No. 134 and 135 |
| | ) | |
| | ) | |
| Gary L. Fleming, Sr., | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING CHAPTER 11 FEE PETITION IN CONVERTED CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Chapter 11 Fee Petition in Converted Case filed on November 5, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Chapter 11 Fee Petition in Converted Case appears thereon. Pursuant to the Notice of Hearing, objections for Chapter 11 Fee Petition in Converted Case were to be filed and served no later than November 22, 2019.

It is hereby respectfully requested that the Order attached to the Chapter 11 Fee Petition in Converted Case be entered by the Court.

Respectfully submitted,

November 25, 2019
Date:

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402