FILED
11/27/19 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 7 |
| GARY L. FLEMING, SR., | CASE NO 19-20486-TPA |
| DEBTOR | DOCKET NO. 134 |
| CHRISTOPHER M. FRYE, ESQUIRE and STEIDL AND STEINBERG, P.C., | |
| APPLICANT | |
| Vs. | |
| NO RESPONDENTS | |

### ORDER OF COURT GRANTING FEE APPLICATION

**MADE** at **PITTSBURGH, PENNSYLVANIA**, in said District, this *27th* day of *November, 2019* **UPON CONSIDERATION** of the pending Chapter 11 Fee Petition in Converted Case, and it appearing that Counsel rendered services on behalf of Gary L. Fleming, Sr., Debtor, it is hereby **ORDERED** and **DECREED** that compensation for fees in the amount of $12,030.00 plus reimbursement of expenses in the amount of $286.00 for a total amount allowed of $12,316.00 is allowed to Christopher M. Frye, Esquire and Steidl and Steinberg, P.C. as counsel for the Debtor and Debtor-In-Possession for legal services rendered to the Debtor and Debtor-In-Possession as an Administrative Expense in this case. A retainer of $5,000.00 having been previously paid by the Debtor prior to filing, the balance due is $7,316.00.

_____
Honorable Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gary L. Fleming, Sr.  
    Debtor

Case No. 19-20486-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Nov 27, 2019  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.  
db           Gary L. Fleming, Sr.,    819 Beaver Street,    Sewickley, PA   15143-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:

         Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General akovalchick@attorneygeneral.gov  
         Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com  
         Brian Thomas Langford    on behalf of Creditor    Key Bank, N.A. PitEcf@weltman.com, PitEcf@weltman.com  
         Christopher M. Frye    on behalf of Debtor Gary L. Fleming, Sr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
         James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Quaker Valley School District jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    School Borough of Glen Osborne jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Sewickley jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com  
         Karina Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov  
         Michael W. Sloat    on behalf of Creditor    Farmers National Bank mike@lkslaw.us,   scott@lkslaw.us  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Richard J. Parks    on behalf of Creditor Bohdan W. Stone rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com  
         Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com, PA68@ecfcbis.com  
         Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com  
                                                                                                                   TOTAL: 17