Form 319

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Gary L. Fleming Sr.** | : | Case No. 19–20486–TPA |
| **aka Gary L. Fleming, dba Gary L. Fleming** | : | |
| **CLU & Associates, dba Fleming Financial** | : | Chapter: 7 |
| **Services** | : | |
| *Debtor(s)* | : | |
| | : | |

### ORDER

      In a Chapter 7 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a **Statement of Completion** evidencing completion of a personal financial management course, or alternatively, a **Certification** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is within 60 days after the first date set for the meeting of creditors under *Section 341* of the *Bankruptcy Code. 11 U.S.C. §727(a)(11)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

      In this case, the Debtor(s) failed to timely file a Certification substantially conforming to *Official Form No. 423*, i.e., a **Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management**, which reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation.

      ***AND NOW***, this **The 25th of February, 2020**, it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DEEMED CLOSED, without entry of a discharge order.** Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

cm: Debtor

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gary L. Fleming, Sr.  
    Debtor

Case No. 19-20486-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 3     Date Rcvd: Feb 25, 2020  
                     Form ID: 319     Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2020.

```
db              Gary L. Fleming, Sr.,   819 Beaver Street,   Sewickley, PA 15143-1738
cr             +Bohdan W. Stone,    1537 SE Ballantrae Court,    Port St. Lucie, FL 34952-6041
cr             +Borough of Sewickley,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
r              +Carroll Ferguson,    HowardHanna Real Estate Services,    401 Broad Street,
                 Sewickley, PA 15143-1518
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr             +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    1251 Waterfront Place,
                 Mezzanine Level,    Pittsburgh, PA 15222-4227
cr             +Farmers National Bank,    Drawer D,   Emlenton, PA 16373-0046
cr             +Key Bank, N.A.,    4224 Ridge Lea,    Amherst, NY 14226-1016
cr             +Quaker Valley School District,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr             +School Borough of Glen Osborne,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
15014135        Allegheny County,    c/o John Weinstein, Treasurer,    P.O. Box 643385,
                 Pittsburgh, PA 15264-3385
14990138       +Allegheny Health Netwoek,   PO Box 645266,    Pittsburgh, PA 15264-5250
14990140        American Express,    Po Box 10396,    Des Moines, IA 50306-0396
14990141       +American Express Corporation,    PO Box 981537,    El Paso, TX 79998-1537
15003386        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14990145      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
15047121       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14990146       +Barclay's Bank,    P.O. Box 8803,    Wilmington, DE 19899-8803
14990147       +Bohdan Stone,    1537 SE Ballantrae Court,    Port Saint Lucie, FL 34952-6041
15039932       +Borough of Glen Osborne,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
15014137       +Borough of Glen Osborne,    c/o Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
15039916       +Borough of Sewickley,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
15014141       +Borough of Sewickley,    c/o Keystone Collections Group,    546 Wendel Road,
                 Irwin, PA 15642-7539
14990149        Chase Bank,    Po Box 901060,    Fort Worth, TX 76101-2060
14990151       +Chase Bank,    Po Box 180255,    Columbus, OH 43218-0255
15039935       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14990153       +Edgeworth Club,    c/o Matthew Kurtas, General Manager,    511 East Dr.,
                 Sewickley, PA 15143-1199
14990154        Farmer's National Bank,    612 Main St.,    Emlenton, PA 16373
15145039       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15014136        Jordan Tax Service,    7100 Baptist Road,    Bethel Park, PA 15102-3908
14990156       +Key Bank N.A.,    4224 RIdge Lee Rd.,    Amhurst, NY 14226-1016
14990157        Key Bank N.A.,    Po Box 94968,    Cleveland, OH 44101-4968
15000883        Key Bank, N.A.,    c/o Brian M. Kile, Esquire,    Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
14995538       +KeyBank N.A. as F/B/M to First Niagara Bank N.A.,    4910 Tiedeman Road,
                 Brooklyn, OH 44144-2338
14995536       +KeyBank N.A. as S/B/M to First Niagara Bank N.A.,    4910 Tiedeman Road,
                 Brooklyn, OH 44144-2338
14990161       +Lerner Windmill,    21258 Windmill Parc Dr.,    Sterling, VA 20166-6694
14990162        Lexus Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
14990163        Macy's,    Po Box 8058,    Mason, OH 45040-8058
15014139       +Osborne Condo Assoc.,    c/o Samuel Maccaroni,    790 Holiday Drive,    Pittsburgh, PA 15220-2750
15035214       +PNC BANK, N.A.,    P.O. BOX 94892,    CLEVELAND, OH 44101-4892
14990165       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
15039917       +Quaker Valley School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
15014140        Quaker Valley School District,    c/o Jordan Tax Service,    102 Rahway Road,
                 Canonsburg, PA 15317-3349
15110236       +Richard Scott,    804 West Sutter Road,    Glenshaw, PA 15116-1559
14990167       +Sewickely Cemetery,    Po Box 183,    Sewickley, PA 15143-0183
15003549       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
15197633        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
```

```
District/off: 0315-2          User: lfin               Page 2 of 3            Date Rcvd: Feb 25, 2020
                              Form ID: 319             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14990148        E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 03:20:32      Care Credit,   c/o Synchrony Bank,
                 PO Box 9650061,    Orlando, FL 32896-0061
14990152        E-mail/Text: mrdiscen@discover.com Feb 26 2020 03:07:07      Discover Card,   P.O. Box 15251,
                 Wilmington, DE 19886
14995053        E-mail/Text: mrdiscen@discover.com Feb 26 2020 03:07:07      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
15077411       +E-mail/Text: kburkley@bernsteinlaw.com Feb 26 2020 03:07:56      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14990155        E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 26 2020 03:07:11      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14994787       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 26 2020 03:07:40      KeyBank N.A.,
                 4910 Tiedeman Road,    Brooklyn, OH 44144-2338
14991014       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 03:22:09
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
15007622        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2020 03:07:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
15070614       +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 03:20:33      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, N.A.
cr              Toyota Lease Trust
14990164        Osborne Condo Assoc.
14990166        Richard Scott
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14990142*      +American Express Corporation,    PO Box 981537,    El Paso, TX 79998-1537
14990143*      +American Express Corporation,    PO Box 981537,    El Paso, TX 79998-1537
14990144*      +American Express Corporation,    PO Box 981537,    El Paso, TX 79998-1537
15011942*       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
15016685*       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14990150*       Chase Bank,    Po Box 901060,    Fort Worth, TX 76101-2060
14990158*       Key Bank N.A.,    Po Box 94968,    Cleveland, OH 44101-4968
14990159*       Key Bank N.A.,    Po Box 94968,    Cleveland, OH 44101-4968
14990160*       Key Bank N.A.,    Po Box 94968,    Cleveland, OH 44101-4968
14995539*      +KeyBank N.A.,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
14995537*      +KeyBank N.A. as S/B/M to First Niagara Bank N.A.,    4910 Tiedeman Road,
                 Brooklyn, OH 44144-2338
14990139       ##American Express,    Po Box 360001,    Fort Lauderdale, FL 33336-0001
                                                                              TOTALS: 4, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: lfin               Page 3 of 3            Date Rcvd: Feb 25, 2020
                              Form ID: 319             Total Noticed: 56
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2020 at the address(es) listed below:

```
          Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
           akovalchick@attorneygeneral.gov
          Brian M. Kile     on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
          Brian Thomas Langford    on behalf of Creditor    Key Bank, N.A. PitEcf@weltman.com,
           PitEcf@weltman.com
          Christopher M. Frye    on behalf of Debtor Gary L. Fleming, Sr. chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          James  Warmbrodt     on behalf of Creditor     Toyota Lease Trust bkgroup@kmllawgroup.com
          Jeffrey R. Hunt     on behalf of Creditor     County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt     on behalf of Creditor     Quaker Valley School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt     on behalf of Creditor    School Borough of Glen Osborne jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt     on behalf of Creditor     Borough of Sewickley jhunt@grblaw.com,
           cnoroski@grblaw.com
          Karina  Velter     on behalf of Creditor     JPMorgan Chase Bank, N.A. amps@manleydeas.com
          Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
           larry.e.wahlquist@usdoj.gov
          Michael W. Sloat    on behalf of Creditor    Farmers National Bank mike@lkslaw.us,  scott@lkslaw.us
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Richard J. Parks    on behalf of Creditor Bohdan W. Stone rjp@pietragallo.com,
           ms@pietragallo.com;jk@pietragallo.com
          Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                             TOTAL: 17
```