**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Gary L. Fleming Sr.** | Social Security number or ITIN   **xxx–xx–2390** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19–20486–TPA**

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gary L. Fleming Sr.
aka Gary L. Fleming, dba Gary L. Fleming CLU &
Associates, dba Fleming Financial Services

3/12/20                                                              **By the court:**   Thomas P. Agresti
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 19-20486-TPA
Gary L. Fleming, Sr.                                                    Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin                  Page 1 of 3                  Date Rcvd: Mar 12, 2020
                              Form ID: 318                Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db             Gary L. Fleming, Sr.,    819 Beaver Street,     Sewickley, PA 15143-1738
cr            +Bohdan W. Stone,    1537 SE Ballantrae Court,     Port St. Lucie, FL 34952-6041
cr            +Borough of Sewickley,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
r             +Carroll Ferguson,    HowardHanna Real Estate Services,    401 Broad Street,
                Sewickley, PA 15143-1518
cr            +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh, PA 15219,    UNITED STATES OF AMERICA 15219-6101
cr            +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    1251 Waterfront Place,
                Mezzanine Level,    Pittsburgh, PA 15222-4227
cr            +Farmers National Bank,    Drawer D,    Emlenton, PA 16373-0046
cr            +Key Bank, N.A.,    4224 Ridge Lea,    Amherst, NY 14226-1016
cr            +Quaker Valley School District,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr            +School Borough of Glen Osborne,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh, PA 15219,    UNITED STATES OF AMERICA 15219-6101
15014135       Allegheny County,    c/o John Weinstein, Treasurer,    P.O. Box 643385,
                Pittsburgh, PA 15264-3385
14990138      +Allegheny Health Netwoek,    PO Box 645266,    Pittsburgh, PA 15264-5250
14990140       American Express,    Po Box 10396,    Des Moines, IA 50306-0396
15047121      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14990147      +Bohdan Stone,    1537 SE Ballantrae Court,    Port Saint Lucie, FL 34952-6041
15039932      +Borough of Glen Osborne,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
15014137      +Borough of Glen Osborne,    c/o Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
15039916      +Borough of Sewickley,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
15014141      +Borough of Sewickley,    c/o Keystone Collections Group,    546 Wendel Road,
                Irwin, PA 15642-7539
14990149       Chase Bank,    Po Box 901060,    Fort Worth, TX 76101-2060
14990151      +Chase Bank,    Po Box 180255,    Columbus, OH 43218-0255
15039935      +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14990153      +Edgeworth Club,    c/o Matthew Kurtas, General Manager,    511 East Dr.,
                Sewickley, PA 15143-1199
14990154       Farmer's National Bank,    612 Main St.,    Emlenton, PA 16373
15145039      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
15014136       Jordan Tax Service,    7100 Baptist Road,    Bethel Park, PA 15102-3908
14990156      +Key Bank N.A.,    4224 RIdge Lee Rd.,    Amhurst, NY 14226-1016
14990157       Key Bank N.A.,    Po Box 94968,    Cleveland, OH 44101-4968
15000883       Key Bank, N.A.,    c/o Brian M. Kile, Esquire,    Grenen & Birsic, PC,
                One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
14995538      +KeyBank N.A. as F/B/M to First Niagara Bank N.A.,    4910 Tiedeman Road,
                Brooklyn, OH 44144-2338
14995536      +KeyBank N.A. as S/B/M to First Niagara Bank N.A.,    4910 Tiedeman Road,
                Brooklyn, OH 44144-2338
14990161      +Lerner Windmill,    21258 Windmill Parc Dr.,    Sterling, VA 20166-6694
15014139      +Osborne Condo Assoc.,    c/o Samuel Maccaroni,    790 Holiday Drive,    Pittsburgh, PA 15220-2750
15035214      +PNC BANK, N.A.,    P.O. BOX 94892,    CLEVELAND, OH 44101-4892
14990165      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
15039917      +Quaker Valley School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
15014140       Quaker Valley School District,    c/o Jordan Tax Service,    102 Rahway Road,
                Canonsburg, PA 15317-3349
15110236      +Richard Scott,    804 West Sutter Road,    Glenshaw, PA 15116-1559
14990167      +Sewickely Cemetery,    Po Box 183,    Sewickley, PA 15143-0183
15003549      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: BRCCRAWFORD.COM Mar 13 2020 06:48:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                P.O. Box 355,    Allison Park, PA 15101-0355
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 13 2020 03:03:51      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
14990139       EDI: AMEREXPR.COM Mar 13 2020 06:48:00      American Express,    Po Box 360001,
                Fort Lauderdale, FL 33336-0001
14990141      +EDI: AMEREXPR.COM Mar 13 2020 06:48:00      American Express Corporation,    PO Box 981537,
                El Paso, TX 79998-1537
15003386       EDI: BECKLEE.COM Mar 13 2020 06:48:00      American Express National Bank,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
```

```
District/off: 0315-2          User: lfin               Page 2 of 3             Date Rcvd: Mar 12, 2020
                              Form ID: 318             Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14990145       EDI: BANKAMER.COM Mar 13 2020 06:48:00      Bank of America,   PO Box 982238,
                El Paso, TX 79998-2238
14990146      +EDI: TSYS2.COM Mar 13 2020 06:48:00      Barclay's Bank,   P.O. Box 8803,
                Wilmington, DE 19899-8803
14990148       EDI: RMSC.COM Mar 13 2020 06:48:00      Care Credit,   c/o Synchrony Bank,   PO Box 9650061,
                Orlando, FL 32896-0061
14990152       EDI: DISCOVER.COM Mar 13 2020 06:48:00      Discover Card,   P.O. Box 15251,
                Wilmington, DE 19886
14995053       EDI: DISCOVER.COM Mar 13 2020 06:48:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
15077411      +E-mail/Text: kburkley@bernsteinlaw.com Mar 13 2020 03:04:29      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
14990155       EDI: IRS.COM Mar 13 2020 06:48:00      Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
14994787      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 13 2020 03:04:09      KeyBank N.A.,
                4910 Tiedeman Road,   Brooklyn, OH 44144-2338
14990162       EDI: TFSR.COM Mar 13 2020 06:48:00      Lexus Financial Services,   PO Box 4102,
                Carol Stream, IL 60197-4102
14990163       EDI: TSYS2.COM Mar 13 2020 06:48:00      Macy's,   Po Box 8058,   Mason, OH 45040-8058
14991014      +EDI: PRA.COM Mar 13 2020 06:48:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
15007622       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 13 2020 03:03:51
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
15070614      +EDI: RMSC.COM Mar 13 2020 06:48:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk VA 23541-1021
15197633       EDI: BL-TOYOTA.COM Mar 13 2020 06:48:00       Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMorgan Chase Bank, N.A.
cr             Toyota Lease Trust
14990164       Osborne Condo Assoc.
14990166       Richard Scott
aty*          +Rosemary C. Crawford,   Crawford McDonald, LLC.,   P.O. Box 355,   Allison Park, PA 15101-0355
cr*           +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14990142*     +American Express Corporation,   PO Box 981537,   El Paso, TX 79998-1537
14990143*     +American Express Corporation,   PO Box 981537,   El Paso, TX 79998-1537
14990144*     +American Express Corporation,   PO Box 981537,   El Paso, TX 79998-1537
15011942*      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern  PA 19355-0701
15016685*      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern  PA 19355-0701
14990150*      Chase Bank,   Po Box 901060,   Fort Worth, TX 76101-2060
14990158*      Key Bank N.A.,   Po Box 94968,   Cleveland, OH 44101-4968
14990159*      Key Bank N.A.,   Po Box 94968,   Cleveland, OH 44101-4968
14990160*      Key Bank N.A.,   Po Box 94968,   Cleveland, OH 44101-4968
14995539*     +KeyBank N.A.,   4910 Tiedeman Road,   Brooklyn, OH 44144-2338
14995537*     +KeyBank N.A. as S/B/M to First Niagara Bank N.A.,   4910 Tiedeman Road,
                Brooklyn, OH 44144-2338
                                                                                 TOTALS: 4, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: lfin                   Page 3 of 3                 Date Rcvd: Mar 12, 2020
                               Form ID: 318                 Total Noticed: 59
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:

```
          Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
           akovalchick@attorneygeneral.gov
          Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
          Brian Thomas Langford    on behalf of Creditor    Key Bank, N.A. PitEcf@weltman.com,
           PitEcf@weltman.com
          Christopher M. Frye    on behalf of Debtor Gary L. Fleming, Sr. chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          James  Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Quaker Valley School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    School Borough of Glen Osborne jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Sewickley jhunt@grblaw.com,
           cnoroski@grblaw.com
          Karina  Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
           larry.e.wahlquist@usdoj.gov
          Michael W. Sloat    on behalf of Creditor    Farmers National Bank mike@lkslaw.us,   scott@lkslaw.us
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Richard J. Parks    on behalf of Creditor Bohdan W. Stone rjp@pietragallo.com,
           ms@pietragallo.com;jk@pietragallo.com
          Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
                                                                                             TOTAL: 17
```