# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| FLEMING, GARY L., SR. ) | Case No. **19-20486-TPA** |
| ) | |
| Debtor, ) | Chapter 7 |
| ) | |
| Rosemary C. Crawford, ) | Doc. No. |
| ) | Hearing Date: 3/11/2021 @ 11:00 am |
| Trustee Applicant, ) | Related Docs: 156, 157 |
| No Respondent. ) | |

### *Certificate of No Objection*

The undersigned hereby certifies that, as of the date hereof, no objection to the Trustee's Application to Employ Rosemary C. Crawford as Attorney for Trustee ("Application") filed on 1/19/2021 at Docket No. 156 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing at Docket No. 157, objections to the Application were to be filed and served no later than 2/5/2021. It is hereby respectfully requested that the Order approving the Application be entered by the Court.

                                                                           Respectfully submitted,

                                                                        /s/Rosemary C. Crawford
                                                                        Rosemary C. Crawford, Trustee
                                                                        Crawford McDonald, LLC
                                                                        P.O. Box 355
                                                                        Allison Park, PA 15101
                                                                        Pa. I.D. No. 56981
                                                                        (724) 443-4757
                                                                        crawfordmcdonald@aol.com

Dated: February 16, 2021