# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of: | |
| FLEMING, GARY L., SR. | Case No. **19-20486-TPA** |
| Debtor, | Chapter 7 |
| Rosemary C. Crawford, | Doc. No. |
| | Hearing Date: 3/11/2021 @ 11:00 am |
| Trustee Applicant, | Related Docs: 159, 160 |
| Gary L. Fleming, Sr., | |
| Respondent. | |

### *Certificate of No Objection*

The undersigned hereby certifies that, as of the date hereof, no objection to the Trustee's Motion to Approve Settlement ("Motion") filed on 1/19/2021 at Docket No. 159 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing at Docket No. 160, objections to the Motion were to be filed and served no later than 2/5/2021.  It is hereby respectfully requested that the Order approving the Motion be entered by the Court.

Respectfully submitted,

/s/Rosemary C. Crawford
Rosemary C. Crawford, Trustee
Crawford McDonald, LLC
P.O. Box 355
Allison Park, PA 15101
Pa. I.D. No. 56981
(724) 443-4757
crawfordmcdonald@aol.com

Dated: February 16, 2021

Trustee Fleming Appl Employ CNO