FILED
2/17/21 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In the Matter of:** ) | |
| ) | |
| **FLEMING, GARY L., SR.** ) | |
| ) | Case No. **19-20486-TPA** |
| **Debtor,** ) | |
| ) | Chapter 7 |
| **Rosemary C. Crawford,** ) | Doc. No. |
| ) | |
| **Trustee Applicant,** ) | Hearing Date: 3/11/2021 @ 11:00 am |
| ) | |
| **Gary L. Fleming, Sr.,** ) | |
| ) | |
| **Respondent.** ) | |

**ORDER APPROVING TRUSTEE'S MOTION TO APPROVE SETTLEMENT**

Upon consideration of the Motion for Entry of an Order pursuant to Section 105(a) of the Bankruptcy Code and Section 9019(a) of the Federal Rules of Bankruptcy Procedure Approving a Settlement with Debtor in the amount of $30,000.00, and good cause having been shown, and upon proper consideration by the Court, it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that since the Debtor has already paid Trustee the sum of $10,304.15 towards the settlement, Trustee may accept the remaining $19,695.85 in installment payments from the Debtor in the amount of $2,000.00 per month, beginning in April 1, 2021, with the last payment of $1,695.85 being due January 1, 2022. The Trustee is permitted to extend these payments for a period up to 90 days without requiring court approval.

ORDERED that the Debtor and Trustee are authorized to take all actions necessary to implement the Settlement and to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

ORDERED that, notwithstanding the possible applicability of Bankruptcy Rules 6004(g), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective

and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

BY THE COURT

Dated: February 17, 2021

Judge Thomas P. Agresti
United States Bankruptcy Judge

asg

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gary L. Fleming, Sr.  
    Debtor

Case No. 19-20486-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 2  
Date Rcvd: Feb 17, 2021      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gary L. Fleming, Sr., 819 Beaver Street, Sewickley, PA 15143-1738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor Key Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Christopher M. Frye | on behalf of Debtor Gary L. Fleming Sr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Garry Alan Masterson | on behalf of Creditor Key Bank N.A. pitecf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Quaker Valley School District jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor School Borough of Glen Osborne jhunt@grblaw.com cnoroski@grblaw.com |

District/off: 0315-2 | User: lfin | Page 2 of 2
Date Rcvd: Feb 17, 2021 | Form ID: pdf900 | Total Noticed: 1

Jeffrey R. Hunt
    on behalf of Creditor Borough of Sewickley jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Karina Velter
    on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Michael W. Sloat
    on behalf of Creditor Farmers National Bank mike@lkslaw.us scott@lkslaw.us

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard J. Parks
    on behalf of Creditor Bohdan W. Stone rjp@pietragallo.com ms@pietragallo.com;jk@pietragallo.com

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

TOTAL: 17