**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 19-20486-TPA |
| Gary L. Fleming, Sr., a/k/a Gary L. Fleming d/b/a Gary L. Fleming CLU & Associates d/b/a Fleming Financial Services, ) | CHAPTER 7 |
| Debtor. ) | HEARING DATE & TIME: August 19, 2021 @ 10:30 a.m. |
| KeyBank, N.A., successor by merger to First Niagara Bank, N.A., ) | |
| Movant, ) | |
| vs. ) | |
| Gary L. Fleming, Sr., a/k/a Gary L. Fleming d/b/a Gary L. Fleming CLU & Associates d/b/a Fleming Financial Services, Debtor; and Rosemary C. Crawford, Trustee; ) | |
| Respondents. ) | |

**CONSENT TO CONTINUANCE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(e) PENDING FINAL HEARING**

KeyBank, N.A., successor by merger to First Niagara Bank, N.A., by its undersigned counsel, consents to the extension of the automatic stay pursuant to 11 U.S.C. § 362(e) pending a final hearing on the motion for relief, and waives any right to declare a grant of relief in the event that the hearing is not held within thirty (30) days of the request for relief.

GRENEN & BIRSIC, P.C.

Date:   07/12/2021          By:   /s/ Brian M. Kile
                                  Brian M. Kile, Esquire
                                  PA ID No. 89240
                                  Attorney for Key Bank, N.A.
                                  One Gateway Center, 9th Floor
                                  Pittsburgh, PA  15222
                                  412-281-7650
                                  E-mail:  bkile@grenenbirsic.com