**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 19-20486-TPA |
| | ) | |
| Gary L. Fleming, Sr., a/k/a Gary L. Fleming | ) | CHAPTER 7 |
| d/b/a Gary L. Fleming CLU & Associates d/b/a | ) | |
| Fleming Financial Services, | ) | RELATED TO DOCKET NO. 173 |
| | ) | |
| Debtor. | ) | HEARING DATE & TIME:  August 19, 2021 @ |
| | ) | 10:30 a.m. |
| KeyBank, N.A., successor by merger to First | ) | |
| Niagara Bank, N.A., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Gary L. Fleming, Sr., a/k/a Gary L. Fleming | ) | |
| d/b/a Gary L. Fleming CLU & Associates d/b/a | ) | |
| Fleming Financial Services, Debtor; and | ) | |
| Rosemary C. Crawford, Trustee; | ) | |
| | ) | |
| Respondents. | ) | |

<u>**CERTIFICATE OF SERVICE OF ORDER OF COURT GRANTING MOTION FOR
RELIEF FROM THE AUTOMATIC STAY**</u>

I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on <u>  August 4       </u>, 20<u> 21   </u>.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was <u>Either First Class Mail and/or Electronic Notification</u>.

<u>**SERVICE BY FIRST CLASS MAIL**</u>
Gary L. Fleming, Sr.
819 Beaver Street
Sewickley, PA  15143

<u>**SERVICE BY ELECTRONIC NOTIFICATION**</u>
Christopher M. Frye, Esquire
Steidl & Steinberg
Gulf Tower, Suite 2380
707 Grant Street
Pittsburgh, PA  15219
E-mail:  chris.frye@steidl-steinberg.com

Rosemary C. Crawford, Trustee

Crawford McDonald, LLC
P O Box 355
Allison Park, PA  15101
E-mail:  crawfordmcdonald@aol.com

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
E-mail:  ustpregion03.pi.ecf@usdoj.gov


Dated:    08/04/2021                    By:      /s/ Brian M. Kile
                                                 Brian M. Kile, Esquire
                                                 PA ID No. 89240
                                                 Attorney for Key Bank, N.A.
                                                 One Gateway Center, 9th Floor
                                                 Pittsburgh, PA  15222
                                                 412-281-7650
                                                 Fax:  412-281-7657
                                                 E-mail:  bkile@grenenbirsic.com