FILED
8/3/21 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. 19-20486-TPA |
| Gary L. Fleming, Sr., a/k/a Gary L. Fleming d/b/a Gary L. Fleming CLU & Associates d/b/a Fleming Financial Services, | CHAPTER 7 |
| Debtor. | Related Document No. 168 |
| KeyBank, N.A., successor by merger to First Niagara Bank, N.A., | |
| Movant, | |
| vs. | |
| Gary L. Fleming, Sr., a/k/a Gary L. Fleming d/b/a Gary L. Fleming CLU & Associates d/b/a Fleming Financial Services, Debtor; and Rosemary C. Crawford, Trustee; | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this ___3rd___ day of _____August_____, 20_21_, upon consideration of the Motion for Relief from the Automatic Stay filed on behalf of KeyBank, N.A., successor by merger to First Niagara Bank, N.A. ("Movant"), it is hereby ORDERED, ADJUDGED, and DECREED that the automatic stay is unconditionally and immediately terminated as it affects the interests of Movant in the real property known as 1106 Ohio River Boulevard, Suite 604, Sewickley, PA  15143.

It is further ORDERED, ADJUDGED, and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

BY THE COURT:

_____asg
Thomas P. Agresti
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-20486-TPA
Gary L. Fleming, Sr. Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: lfin Page 1 of 2
Date Rcvd: Aug 03, 2021 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gary L. Fleming, Sr., 819 Beaver Street, Sewickley, PA 15143-1738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Anthony T. Kovalchick
     on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Brian Nicholas
     on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Brian M. Kile
     on behalf of Creditor Key Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Christopher M. Frye
     on behalf of Debtor Gary L. Fleming Sr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Garry Alan Masterson
     on behalf of Creditor Key Bank N.A. pitecf@weltman.com

Jeffrey R. Hunt
     on behalf of Creditor Borough of Sewickley jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
     on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 2 of 2 |
| Date Rcvd: Aug 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey R. Hunt
 on behalf of Creditor Quaker Valley School District jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
 on behalf of Creditor School Borough of Glen Osborne jhunt@grblaw.com  cnoroski@grblaw.com

Keri P. Ebeck
 on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Larry E. Wahlquist
 on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Michael W. Sloat
 on behalf of Creditor Farmers National Bank mike@lkslaw.us  scott@lkslaw.us

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Richard J. Parks
 on behalf of Creditor Bohdan W. Stone rjp@pietragallo.com  ms@pietragallo.com;jk@pietragallo.com

Rosemary C. Crawford
 on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford
 crawfordmcdonald@aol.com  PA68@ecfcbis.com

Stephen Russell Franks
 on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

TOTAL: 17