**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 19-20486-TPA |
| ) | |
| Gary L. Fleming, Sr., a/k/a Gary L. Fleming ) | CHAPTER 7 |
| d/b/a Gary L. Fleming CLU & Associates d/b/a ) | |
| Fleming Financial Services, ) | RELATED TO DOCKET NO. 173 |
| ) | |
| Debtor. ) | HEARING DATE & TIME: August 19, 2021 @ |
| ) | 10:30 a.m. |
| KeyBank, N.A., successor by merger to First ) | |
| Niagara Bank, N.A., ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Gary L. Fleming, Sr., a/k/a Gary L. Fleming ) | |
| d/b/a Gary L. Fleming CLU & Associates d/b/a ) | |
| Fleming Financial Services, Debtor; and ) | |
| Rosemary C. Crawford, Trustee; ) | |
| ) | |
| Respondents. ) | |

**CERTIFICATE OF SERVICE OF ORDER OF COURT GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on   August 4   , 20  21  .

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was Either First Class Mail and/or Electronic Notification.

**SERVICE BY FIRST CLASS MAIL**
Gary L. Fleming, Sr.
819 Beaver Street
Sewickley, PA  15143

**SERVICE BY ELECTRONIC NOTIFICATION**
Christopher M. Frye, Esquire
Steidl & Steinberg
Gulf Tower, Suite 2380
707 Grant Street
Pittsburgh, PA  15219
E-mail:  chris.frye@steidl-steinberg.com


Rosemary C. Crawford, Trustee

Crawford McDonald, LLC
P O Box 355
Allison Park, PA  15101
E-mail:  crawfordmcdonald@aol.com

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
E-mail:  ustpregion03.pi.ecf@usdoj.gov

Dated:   08/04/2021                By:       /s/ Brian M. Kile
                                                                         Brian M. Kile, Esquire
PA ID No. 89240
Attorney for Key Bank, N.A.
One Gateway Center, 9th Floor
Pittsburgh, PA  15222
412-281-7650
Fax:  412-281-7657
E-mail:  bkile@grenenbirsic.com