BL9755101

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

In Re:   GARY L. FLEMING SR.                    Chapter: 7
                                                Bankruptcy No: 19-20486

## WITHDRAWAL OF CLAIM

Toyota Motor Credit Corporation, by and through its counsel, withdraws its Proof of Claim Number 25 filed on February 10th, 2020, for account number 5823 and in the amount of $9,671.81.

Respectfully submitted,

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

DATE:    4/25/2022