BL9755101

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

| | | |
|---|---|---|
| In Re:    GARY L. FLEMING SR. | Chapter: 7<br>Bankruptcy No: 19-20486 | FILED<br>4/25/22 3:09 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

## WITHDRAWAL OF CLAIM

Toyota Motor Credit Corporation, by and through its counsel, withdraws its Proof of Claim Number 25 filed on February 10th, 2020, for account number 5823 and in the amount of $9,671.81.

Respectfully submitted,

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

DATE:    4/25/2022

SO ORDERED
April 25, 2022

*[signature]*
dak

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gary L. Fleming, Sr.  
    Debtor

Case No. 19-20486-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Apr 25, 2022     Form ID: pdf900     Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gary L. Fleming, Sr., 819 Beaver Street, Sewickley, PA 15143-1738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: bncnotices@becket-lee.com | Apr 26 2022 12:46:32 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor Key Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Christopher M. Frye | on behalf of Debtor Gary L. Fleming Sr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Garry Alan Masterson | on behalf of Creditor Key Bank N.A. pitecf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Sewickley jhunt@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 25, 2022 | Form ID: pdf900 | Total Noticed: 2 |

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Quaker Valley School District jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor School Borough of Glen Osborne jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Lauren Michaels
    on behalf of Creditor Dep't of Revenue Office of Attorney General lmichaels@attorneygeneral.gov

Michael W. Sloat
    on behalf of Creditor Farmers National Bank mike@lkslaw.us  scott@lkslaw.us

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard J. Parks
    on behalf of Creditor Bohdan W. Stone rjp@pietragallo.com  ms@pietragallo.com;jk@pietragallo.com

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com

Stephen Russell Franks
    on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

TOTAL: 17