UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>GARY L. FLEMING, SR.<br>Debtor,<br><br>ROSEMARY CRAWFORD,<br>Trustee,<br><br>NO RESPONDENTS. | §  Case No. 19-20486-TPA<br>§<br>§  Chapter 7<br>§<br>§  Document No. |

_____

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>Rosemary Crawford</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  OFFICE OF COURT CLERK
  U.S. BANKRUPTCY COURT
  5414 U.S. STEEL TOWER
  600 GRANT STREET
  PITTSBURGH, PA 15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A Zoom Video Conference Hearing will be held on August 18, 2022, at 11:00 a.m. before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-in Charge, at 814-464-9760. All attorneys and

**UST Form 101-7-NFR (10/1/2010)**

Parties may only appear by Zoom and must comply with Judge Agresti's Updated Notice of Temporary Modification of Appearance Procedures, dated and effective November 22, 2021, and continued until further order, which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

      07/12/2022              By:  /s/Rosemary Crawford
                                                      Trustee, Bar No.: 56981

Rosemary Crawford
P.O. Box 355
Allison Park, PA  15101
(724) 443-4757
crawfordmcdonald@aol.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>GARY L. FLEMING, SR.<br>Debtor,<br><br>ROSEMARY CRAWFORD,<br>Trustee,<br><br>NO RESPONDENTS. | § Case No. 19-20486-TPA<br>§ Chapter 7<br>§ Document No.<br>§ |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $ 30,000.00

*and approved disbursements of*     $ 636.76

*leaving a balance on hand of* [1]     $ 29,363.24

**Balance on hand:**     $ 29,363.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | KeyBank N.A. as S/B/M to First Niagara Bank N.A. | 70,801.03 | 0.00 | 0.00 | 0.00 |
| 8 | Toyota Lease Trust | 9,671.81 | 0.00 | 0.00 | 0.00 |
| 9 | Farmer's National Bank | 431,289.88 | 0.00 | 0.00 | 0.00 |
| 16 | Borough of Sewickley | 4,037.17 | 0.00 | 0.00 | 0.00 |
| 17 | Quaker Valley School District | 15,018.24 | 0.00 | 0.00 | 0.00 |
| 18 | Borough of Glen Osborne | 847.29 | 0.00 | 0.00 | 0.00 |
| 19 | County of Allegheny | 6,780.33 | 0.00 | 0.00 | 0.00 |
| 20 | Key Bank N.A. | 104,137.82 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $ 0.00
Remaining balance:     $ 29,363.24

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Rosemary Crawford | 3,750.00 | 0.00 | 3,750.00 |
| Trustee, Expenses - Rosemary Crawford | 50.34 | 0.00 | 50.34 |
| Attorney for Trustee, Fees - Rosemary C. Crawford | 1,360.00 | 0.00 | 1,360.00 |
| Attorney for Trustee, Expenses - Rosemary C. Crawford | 63.55 | 0.00 | 63.55 |
| Fees, United States Trustee | 4,875.00 | 0.00 | 4,875.00 |

Total to be paid for chapter 7 administration expenses:    $    10,098.89
Remaining balance:    $    19,264.35

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee/DIP Fees - Christopher M. Frye, Esquire | 7,316.00 | 0.00 | 7,316.00 |
| Attorney for Trustee/D-I-P Expenses - Christopher M. Frye, Esquire | 286.00 | 0.00 | 286.00 |

Total to be paid for prior chapter administrative expenses:    $    7,602.00
Remaining balance:    $    11,662.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $234,335.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10P | Pennsylvania Department of Revenue | 11,156.71 | 0.00 | 555.24 |
| 14P-2 | Internal Revenue Service | 223,179.15 | 0.00 | 11,107.11 |

Total to be paid for priority claims:    $    11,662.35
Remaining balance:    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 203,650.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | KeyBank N.A. | 26,077.25 | 0.00 | 0.00 |
| 2 | Discover Bank | 24,673.34 | 0.00 | 0.00 |
| 4 | KeyBank N.A. as S/B/M to First Niagara Bank N.A. | 1,678.28 | 0.00 | 0.00 |
| 5 | KeyBank N.A. as S/B/M to First Niagara Bank N.A. | 18,131.65 | 0.00 | 0.00 |
| 6 | American Express National Bank | 74,586.81 | 0.00 | 0.00 |
| 7 | American Express National Bank | 17,534.68 | 0.00 | 0.00 |
| 11 -3 | Edgeworth Club | 1,621.00 | 0.00 | 0.00 |
| 12 | American Express National Bank | 7,007.35 | 0.00 | 0.00 |
| 13 | American Express National Bank | 4,401.38 | 0.00 | 0.00 |
| 15 | PNC BANK, N.A. | 4,941.12 | 0.00 | 0.00 |
| 21 | Bank of America, N.A. | 14,048.48 | 0.00 | 0.00 |
| 22 | Synchrony Bank | 5,288.70 | 0.00 | 0.00 |
| 23 | Duquesne Light Company | 46.97 | 0.00 | 0.00 |
| 24 | JPMorgan Chase Bank, N.A. | 3,613.48 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $           0.00
Remaining balance:    $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $           0.00
Remaining balance:    $           0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 8,178.51 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10U | Pennsylvania Department of Revenue | 735.17 | 0.00 | 0.00 |
| 14U-2 | Internal Revenue Service | 7,443.34 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Rosemary Crawford
Trustee, Bar No.: 56981

Rosemary Crawford
P.O. Box 355
Allison Park, PA  15101
(724) 443-4757
crawfordmcdonald@aol.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20486-TPA |
| Gary L. Fleming, Sr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 12, 2022 | Form ID: pdf900 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Gary L. Fleming, Sr., 819 Beaver Street, Sewickley, PA 15143-1738 |
| cr | + | Bohdan W. Stone, 1537 SE Ballantrae Court, Port St. Lucie, FL 34952-6041 |
| cr | + | Borough of Sewickley, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| r | + | Carroll Ferguson, HowardHanna Real Estate Services, 401 Broad Street, Sewickley, PA 15143-1518 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Farmers National Bank, Drawer D, Emlenton, PA 16373-0046 |
| cr | + | Key Bank, N.A., 4224 Ridge Lea, Amherst, NY 14226-1016 |
| cr | + | Quaker Valley School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | School Borough of Glen Osborne, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15014135 | | Allegheny County, c/o John Weinstein, Treasurer, P.O. Box 643385, Pittsburgh, PA 15264-3385 |
| 14990138 | + | Allegheny Health Netwoek, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14990140 | | American Express, Po Box 10396, Des Moines, IA 50306-0396 |
| 14990147 | + | Bohdan Stone, 1537 SE Ballantrae Court, Port Saint Lucie, FL 34952-6041 |
| 15039932 | + | Borough of Glen Osborne, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15014137 | + | Borough of Glen Osborne, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15039916 | + | Borough of Sewickley, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15014141 | + | Borough of Sewickley, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14990151 | + | Chase Bank, Po Box 180255, Columbus, OH 43218-0255 |
| 14990153 | + | Edgeworth Club, c/o Matthew Kurtas, General Manager, 511 East Dr., Sewickley, PA 15143-1199 |
| 14990154 | | Farmer's National Bank, 612 Main St., Emlenton, PA 16373 |
| 15014136 | | Jordan Tax Service, 7100 Baptist Road, Bethel Park, PA 15102-3908 |
| 14990156 | + | Key Bank N.A., 4224 RIdge Lee Rd., Amhurst, NY 14226-1016 |
| 14990157 | | Key Bank N.A., Po Box 94968, Cleveland, OH 44101-4968 |
| 15000883 | | Key Bank, N.A., c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14995538 | + | KeyBank N.A. as F/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14995536 | + | KeyBank N.A. as S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14990161 | + | Lerner Windmill, 21258 Windmill Parc Dr., Sterling, VA 20166-6694 |
| 15014139 | + | Osborne Condo Assoc., c/o Samuel Maccaroni, 790 Holiday Drive, Pittsburgh, PA 15220-2750 |
| 15035214 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 15039917 | + | Quaker Valley School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15014140 | | Quaker Valley School District, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15110236 | + | Richard Scott, 804 West Sutter Road, Glenshaw, PA 15116-1559 |
| 14990167 | + | Sewickely Cemetery, Po Box 183, Sewickley, PA 15143-0183 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | | |
| | | | Jul 13 2022 04:19:00 | County of Allegheny, Goehring, Rutter, and |

Case 19-20486-TPA  Doc 190  Filed 07/14/22  Entered 07/15/22 00:26:38  Desc
Imaged Certificate of Notice  Page 8 of 10

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: pdf900 | Total Noticed: 59 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 14990139 | | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 04:25:16 | American Express, Po Box 360001, Fort Lauderdale, FL 33336-0001 |
| 14990141 | + | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 04:25:30 | American Express Corporation, PO Box 981537, El Paso, TX 79998-1537 |
| 15003386 | | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 04:25:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14990145 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2022 04:19:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15047121 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 13 2022 04:19:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14990146 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 13 2022 04:19:00 | Barclay's Bank, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14990148 | | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 04:25:21 | Care Credit, c/o Synchrony Bank, PO Box 9650061, Orlando, FL 32896-0061 |
| 15039935 | + | Email/Text: ebnjts@grblaw.com | Jul 13 2022 04:19:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14990152 | | Email/Text: mrdiscen@discover.com | Jul 13 2022 04:19:00 | Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 14990163 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 04:25:32 | Macy's, Po Box 8058, Mason, OH 45040-8058 |
| 14995053 | | Email/Text: mrdiscen@discover.com | Jul 13 2022 04:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15077411 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 13 2022 04:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14990155 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2022 04:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14990149 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2022 04:25:27 | Chase Bank, Po Box 901060, Fort Worth, TX 76101-2060 |
| 15145039 | + | Email/Text: RASEBN@raslg.com | Jul 13 2022 04:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14994787 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 13 2022 04:19:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14990162 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 13 2022 04:19:00 | Lexus Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 14990165 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2022 04:19:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14991014 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 13 2022 04:25:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15007622 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 04:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15070614 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 04:25:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15003549 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 13 2022 04:19:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: pdf900 | Total Noticed: 59 |

| 15477257 | | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 04:25:23 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15197633 | | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 04:25:31 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15228640 | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jul 13 2022 04:19:00 | United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | Toyota Lease Trust |
| 14990164 | | Osborne Condo Assoc. |
| 14990166 | | Richard Scott |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14990142 | *+ | American Express Corporation, PO Box 981537, El Paso, TX 79998-1537 |
| 14990143 | *+ | American Express Corporation, PO Box 981537, El Paso, TX 79998-1537 |
| 14990144 | *+ | American Express Corporation, PO Box 981537, El Paso, TX 79998-1537 |
| 15011942 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15016685 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14990150 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, Po Box 901060, Fort Worth, TX 76101-2060 |
| 14990158 | * | Key Bank N.A., Po Box 94968, Cleveland, OH 44101-4968 |
| 14990159 | * | Key Bank N.A., Po Box 94968, Cleveland, OH 44101-4968 |
| 14990160 | * | Key Bank N.A., Po Box 94968, Cleveland, OH 44101-4968 |
| 14995539 | *+ | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14995537 | *+ | KeyBank N.A. as S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |

TOTAL: 4 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jul 14, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor Key Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |

Case 19-20486-TPA   Doc 190   Filed 07/14/22   Entered 07/15/22 00:26:38   Desc
Imaged Certificate of Notice   Page 10 of 10

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: pdf900 | Total Noticed: 59 |

| | |
|---|---|
| Christopher M. Frye | on behalf of Debtor Gary L. Fleming Sr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Garry Alan Masterson | on behalf of Creditor Key Bank N.A. pitecf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Quaker Valley School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor School Borough of Glen Osborne jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Sewickley jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Lauren Michaels | on behalf of Creditor Dep't of Revenue Office of Attorney General lmichaels@attorneygeneral.gov |
| Michael W. Sloat | on behalf of Creditor Farmers National Bank mike@lkslaw.us scott@lkslaw.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard J. Parks | on behalf of Creditor Bohdan W. Stone rjp@pietragallo.com ms@pietragallo.com;jk@pietragallo.com |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |
| Stephen Russell Franks | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |

TOTAL: 17