# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of: | |
| FLEMING, GARY L., SR. | Case No. **19-20486-TPA** |
| Debtor, | Chapter 7 |
| Rosemary C. Crawford, | Doc. No. |
| | Hearing Date: 8/18/2022 @ 11 am |
| Trustee Applicant, | Related Docs: 186, 187, 188, 189 |
| No Respondent. | |

## *Certificate Of No Objection*

The undersigned hereby certifies that, as of the date hereof, no objection to the Trustee's Final Report filed on 7/8/2022 at Docket No. 186 and Applications for Compensation filed on 7/12/2022 at Docket Nos., 187 and 188, which had a Notice of Final Report ("NFR") filed on 7/12/2022 at Docket No. 189 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the NFR and related documents appears thereon. Pursuant to the NFR, objections were to be filed and served no later than 8/5/2022. It is hereby respectfully requested that the Orders approving the Trustee's Final Report and Application for Compensation be entered by the Court.

 

Respectfully submitted,
/s/Rosemary C. Crawford
Rosemary C. Crawford, Trustee
Crawford McDonald, LLC
P.O. Box 355
Allison Park, PA 15101
Pa. I.D. No. 56981
(724) 443-4757
crawfordmcdonald@aol.com

Dated: August 9, 2022