FILED
8/11/22 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| **FLEMING, GARY L., SR.** | : | **Case No. 19-20486 TPA** |
| | : | |
| | : | **Chapter 7 -- Liquidation** |
| | : | |
| **Debtor(s),** | : | |
| | : | |
| **ROSEMARY CRAWFORD,** | : | |
| **Trustee Movant,** | : | |
| | : | |
| **NO RESPONDENT.** | : | |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW,  this  11th day of _____ August ____, 2022, upon consideration of the

foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002

to all parties in interest, it is ORDERED, that the sum of $3,750.00 is reasonable compensation

for the services in this case by Rosemary Crawford, trustee; that such sum does not exceed the

limitations prescribed by Section 326 of the Bankruptcy Code, that $50.34 is reasonable for

actual and necessary expenses advanced by the trustee; and that such sums are awarded to the

trustee.

By the Court,

_____ dak

Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Gary L. Fleming, Sr.

    Debtor

Case No. 19-20486-TPA

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gary L. Fleming, Sr., 819 Beaver Street, Sewickley, PA 15143-1738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022

Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor Key Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Christopher M. Frye | on behalf of Debtor Gary L. Fleming  Sr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Garry Alan Masterson | on behalf of Creditor Key Bank  N.A. pitecf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Sewickley jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Quaker Valley School District jhunt@grblaw.com |

District/off: 0315-2                                    User: auto                                    Page 2 of 2

Date Rcvd: Aug 11, 2022                          Form ID: pdf900                              Total Noticed: 1

Jeffrey R. Hunt
                    on behalf of Creditor School Borough of Glen Osborne jhunt@grblaw.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Larry E. Wahlquist
                    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Lauren Michaels
                    on behalf of Creditor Dep't of Revenue Office of Attorney General lmichaels@attorneygeneral.gov

Michael W. Sloat
                    on behalf of Creditor Farmers National Bank mike@lkslaw.us  scott@lkslaw.us

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Richard J. Parks
                    on behalf of Creditor Bohdan W. Stone rjp@pietragallo.com  ms@pietragallo.com;jk@pietragallo.com

Rosemary C. Crawford
                    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford
                    crawfordmcdonald@aol.com  PA68@ecfcbis.com

Stephen Russell Franks
                    on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com


TOTAL: 17