FILED
8/11/22 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| FLEMING, GARY L., SR. | ) | Case No. <u>19-20486-TPA</u> |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| Rosemary C. Crawford, | ) | Doc. No. |
| | ) | |
| Trustee Applicant, | ) | Hearing Date: 8/18/2022 @ 11:00 am |
| No Respondent. | ) | |

### ORDER AWARDING ROSEMARY C. CRAWFORD, ESQ.,
### ATTORNEY FOR TRUSTEE, COMPENSATION AND EXPENSES

AND NOW, this <u>  11th  </u> day of <u>          August          </u>, 2022, upon consideration of the foregoing application for compensation, it is ORDERED, that the sum of $1,360.00 in fees and $63.55 in expenses is reasonable compensation for the services in this case by Rosemary C. Crawford attorney for the trustee; that such sums is approved and to be paid by the Chapter 7 Trustee as part of her distribution of the estate proceeds as allowed by section 330 of the United States Bankruptcy Code.

By the Court,

_____ dak
Judge Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20486-TPA |
| Gary L. Fleming, Sr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gary L. Fleming, Sr., 819 Beaver Street, Sewickley, PA 15143-1738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 13, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor Key Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Christopher M. Frye | on behalf of Debtor Gary L. Fleming Sr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Garry Alan Masterson | on behalf of Creditor Key Bank N.A. pitecf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Sewickley jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Quaker Valley School District jhunt@grblaw.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey R. Hunt
    on behalf of Creditor School Borough of Glen Osborne jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Lauren Michaels
    on behalf of Creditor Dep't of Revenue Office of Attorney General lmichaels@attorneygeneral.gov

Michael W. Sloat
    on behalf of Creditor Farmers National Bank mike@lkslaw.us scott@lkslaw.us

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard J. Parks
    on behalf of Creditor Bohdan W. Stone rjp@pietragallo.com ms@pietragallo.com;jk@pietragallo.com

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

Stephen Russell Franks
    on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

TOTAL: 17