UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-20486 TPA |
| FLEMING, GARY L., SR. | : | Chapter 7 |
| *Debtor(s)* | : | |
| | : | Related to Doc. No. 186 |
| Rosemary Crawford | : | |
| Applicant | : | |
| Vs | : | |
| No Respondents | : | |

FILED
8/11/22 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF DISTRIBUTION

Upon consideration of the Trustee's Final Report and Proposed Distribution, the Trustee, Rosemary Crawford, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Proposed Distribution, estate monies in the amounts indicated in such Proposed Distribution, within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Proposed Distribution. In the event that the Trustee is notified that a debt for which a valid Proof of Claim was filed has been otherwise satisfied, either in full or in part, and the funds paid to any such creditor are returned to the Trustee, the Trustee may distribute the funds so returned in the same manner as approved by this Order, except that the Trustee shall not distribute any funds in connection with the claim with regard to which said funds have been returned to the Trustee.

Dated: August 11, 2022

Thomas P. Agresti
United States Bankruptcy Judge

UST Form 101-7-TFR (05/1/2011)

**TRUSTEE'S PROPOSED RE-DISTRIBUTION**

Exhibit D

Case No.: 19-20486-TPA
Case Name: FLEMING, GARY L., SR.
Trustee Name: Rosemary Crawford

**Balance on hand:** $ 29,363.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 29,363.24

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Rosemary Crawford | 3,750.00 | 0.00 | 3,750.00 |
| Trustee, Expenses - Rosemary Crawford | 50.34 | 0.00 | 50.34 |
| Trustee's Firm Legal, Fees - Rosemary C. Crawford | 1,360.00 | 0.00 | 1,360.00 |
| Trustee's Firm Legal, Expenses - Rosemary C. Crawford | 63.55 | 0.00 | 63.55 |
| US Trustee's Office, - United States Trustee (ADMINISTRATIVE) | 4,875.00 | 0.00 | 4,875.00 |

Total to be paid for chapter 7 administration expenses: $ 10,098.89
Remaining balance: $ 19,264.35

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee's Attorney, Fees - Christopher M. Frye, Esquire | 7,316.00 | 0.00 | 7,316.00 |
| Trustee's Attorney, Expenses - Christopher M. Frye, Esquire | 286.00 | 0.00 | 286.00 |

Total to be paid for prior chapter administration expenses: $ 7,602.00
Remaining balance: $ 11,662.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $234,335.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10P | Pennsylvania Department of Revenue | 11,156.71 | 0.00 | 555.24 |
| 14P-2 | Internal Revenue Service | 223,179.15 | 0.00 | 11,107.11 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ 11,662.35 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $203,650.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | KeyBank N.A. | 26,077.25 | 0.00 | 0.00 |
| 2 | Discover Bank | 24,673.34 | 0.00 | 0.00 |
| 4 | KeyBank N.A. as S/B/M to First Niagara Bank N.A. | 1,678.28 | 0.00 | 0.00 |
| 5 | KeyBank N.A. as S/B/M to First Niagara Bank N.A. | 18,131.65 | 0.00 | 0.00 |
| 6 | American Express National Bank | 74,586.81 | 0.00 | 0.00 |
| 7 | American Express National Bank | 17,534.68 | 0.00 | 0.00 |
| 11 -3 | Edgeworth Club | 1,621.00 | 0.00 | 0.00 |
| 12 | American Express National Bank | 7,007.35 | 0.00 | 0.00 |
| 13 | American Express National Bank | 4,401.38 | 0.00 | 0.00 |
| 15 | PNC BANK, N.A. | 4,941.12 | 0.00 | 0.00 |
| 21 | Bank of America, N.A. | 14,048.48 | 0.00 | 0.00 |
| 22 | Synchrony Bank | 5,288.70 | 0.00 | 0.00 |
| 23 | Duquesne Light Company | 46.97 | 0.00 | 0.00 |
| 24 | JPMorgan Chase Bank, N.A. | 3,613.48 | 0.00 | 0.00 |
| None | | | | |

|  | Total to be paid for timely general unsecured claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $8,178.51 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 10U | Pennsylvania Department of Revenue | 735.17 | 0.00 | 0.00 |
| 14U-2 | Internal Revenue Service | 7,443.34 | 0.00 | 0.00 |
| | None | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Date: June 29, 2022               Signed: /s/ Rosemary Crawford
                                  Rosemary Crawford, Trustee
                                  P.O. Box 355
                                  Allison Park, PA 15101
                                  (724) 443-4757

**UST Form 101-7-TFR (05/1/2011)**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20486-TPA |
| Gary L. Fleming, Sr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gary L. Fleming, Sr., 819 Beaver Street, Sewickley, PA 15143-1738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor Key Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Christopher M. Frye | on behalf of Debtor Gary L. Fleming Sr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Garry Alan Masterson | on behalf of Creditor Key Bank N.A. pitecf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Sewickley jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Quaker Valley School District jhunt@grblaw.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 1

Jeffrey R. Hunt
    on behalf of Creditor School Borough of Glen Osborne jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Lauren Michaels
    on behalf of Creditor Dep't of Revenue Office of Attorney General lmichaels@attorneygeneral.gov

Michael W. Sloat
    on behalf of Creditor Farmers National Bank mike@lkslaw.us  scott@lkslaw.us

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard J. Parks
    on behalf of Creditor Bohdan W. Stone rjp@pietragallo.com  ms@pietragallo.com;jk@pietragallo.com

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com

Stephen Russell Franks
    on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

TOTAL: 17