# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>GARY L. FLEMING, SR.<br>Debtor,<br><br>ROSEMARY CRAWFORD,<br>Trustee,<br><br>NO RESPONDENTS. | §<br>§ Case No. 19-20486-TPA<br>§<br>§ Chapter 7<br>§<br>§ Document No. |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Rosemary Crawford, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $174,500.00          Assets Exempt: $38,412.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,662.35      Claims Discharged
                                                  Without Payment: $401,748.00

Total Expenses of Administration: $18,337.65

---

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $624,830.00 | $642,583.57 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,735.65 | 10,735.65 | 10,735.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 12,316.00 | 7,602.00 | 7,602.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 211,103.00 | 234,335.86 | 234,335.86 | 11,662.35 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 362,250.00 | 221,500.81 | 211,829.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,198,183.00 | $1,121,471.89 | $464,502.51 | $30,000.00 |

4) This case was originally filed under Chapter 11 on February 06, 2019 and it was converted to Chapter 7 on September 22, 2019. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/28/2022           By: /s/Rosemary Crawford
                                            Trustee, Bar No.: 56981

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| FIREARMS | 1129-000 | 333.00 |
| JEWELRY | 1129-000 | 374.41 |
| CASH | 1129-000 | 62.41 |
| CHECKING ACCOUNT   (PNC) | 1129-000 | 319.23 |
| CHECKING ACCOUNT   (KEY BANK) | 1129-000 | 1,681.22 |
| CHECKING ACCOUNT   (KEY BANK) | 1129-000 | 11.08 |
| IRREVOCABLE TRUST FOR GARY FLEMING | 1129-000 | 6,353.24 |
| PRIVATE MORTGAGE RECEIVABLE | 1129-000 | 20,396.27 |
| OFFICE FURNISHINGS/EQUIPMENT | 1129-000 | 469.14 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | KeyBank N.A. as S/B/M to First Niagara Bank N.A. | 4110-000 | 70,546.00 | 70,801.03 | 0.00 | 0.00 |
| 8 | Toyota Lease Trust | 4110-000 | 0.00 | 9,671.81 | 0.00 | 0.00 |
| 9 | Farmer's National Bank | 4110-000 | 422,000.00 | 431,289.88 | 0.00 | 0.00 |
| 16 | Borough of Sewickley | 4110-000 | N/A | 4,037.17 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | Quaker Valley School District | 4110-000 | 22,200.00 | 15,018.24 | 0.00 | 0.00 |
| 18 | Borough of Glen Osborne | 4110-000 | 6,200.00 | 847.29 | 0.00 | 0.00 |
| 19 | County of Allegheny | 4110-000 | 6,000.00 | 6,780.33 | 0.00 | 0.00 |
| 20 | Key Bank N.A. | 4110-000 | 93,884.00 | 104,137.82 | 0.00 | 0.00 |
| NOTFILED | Osborne Condo Assoc. | 4110-000 | 4,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$624,830.00** | **$642,583.57** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Rosemary Crawford | 2100-000 | N/A | 3,750.00 | 3,750.00 | 3,750.00 |
| Trustee Expenses - Rosemary Crawford | 2200-000 | N/A | 50.34 | 50.34 | 50.34 |
| Attorney for Trustee Fees (Trustee Firm) - Rosemary C. Crawford | 3110-000 | N/A | 1,360.00 | 1,360.00 | 1,360.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Rosemary C. Crawford | 3120-000 | N/A | 63.55 | 63.55 | 63.55 |
| U.S. Trustee Quarterly Fees - United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 4,875.00 | 4,875.00 | 4,875.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.65 | 5.65 | 5.65 |
| Other - Mechanics Bank | 2600-000 | N/A | 8.22 | 8.22 | 8.22 |
| Other - Mechanics Bank | 2600-000 | N/A | 16.44 | 16.44 | 16.44 |
| Other - Mechanics Bank | 2600-000 | N/A | 15.87 | 15.87 | 15.87 |
| Other - Mechanics Bank | 2600-000 | N/A | 17.48 | 17.48 | 17.48 |
| Other - Mechanics Bank | 2600-000 | N/A | 16.91 | 16.91 | 16.91 |
| Other - Mechanics Bank | 2600-000 | N/A | 15.79 | 15.79 | 15.79 |
| Other - Mechanics Bank | 2600-000 | N/A | 17.40 | 17.40 | 17.40 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 16.28 | 16.28 | 16.28 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 15.71 | 15.71 | 15.71 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 17.86 | 17.86 | 17.86 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.01 | 6.01 | 6.01 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 15.70 | 15.70 | 15.70 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 15.13 | 15.13 | 15.13 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 17.81 | 17.81 | 17.81 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 18.62 | 18.62 | 18.62 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 18.26 | 18.26 | 18.26 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 25.40 | 25.40 | 25.40 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 26.64 | 26.64 | 26.64 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 30.76 | 30.76 | 30.76 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 30.18 | 30.18 | 30.18 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 32.59 | 32.59 | 32.59 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 38.83 | 38.83 | 38.83 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 39.52 | 39.52 | 39.52 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 30.54 | 30.54 | 30.54 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 38.72 | 38.72 | 38.72 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 38.85 | 38.85 | 38.85 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 49.59 | 49.59 | 49.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,735.65 | $10,735.65 | $10,735.65 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Christopher M. Frye, Esquire | 6210-000 | N/A | 12,030.00 | 7,316.00 | 7,316.00 |
| Christopher M. Frye, Esquire | 6220-000 | N/A | 286.00 | 286.00 | 286.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $12,316.00 | $7,602.00 | $7,602.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | Pennsylvania Department of Revenue | 5800-000 | 25,103.00 | 11,156.71 | 11,156.71 | 555.24 |
| 14P-2 | Internal Revenue Service | 5800-000 | 175,000.00 | 223,179.15 | 223,179.15 | 11,107.11 |
| NOTFILED | Borough of Sewickley | 5800-000 | 11,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $211,103.00 | $234,335.86 | $234,335.86 | $11,662.35 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | KeyBank N.A. | 7100-000 | 25,918.00 | 26,077.25 | 26,077.25 | 0.00 |
| 2 | Discover Bank | 7100-000 | 24,216.00 | 24,673.34 | 24,673.34 | 0.00 |
| 4 | KeyBank N.A. as S/B/M to First Niagara Bank N.A. | 7100-000 | 1,658.00 | 1,678.28 | 1,678.28 | 0.00 |
| 5 | KeyBank N.A. as S/B/M to First Niagara Bank N.A. | 7100-000 | 17,973.00 | 18,131.65 | 18,131.65 | 0.00 |
| 6 | American Express National Bank | 7100-000 | 43,988.00 | 74,586.81 | 74,586.81 | 0.00 |
| 7 | American Express National Bank | 7100-000 | 17,400.00 | 17,534.68 | 17,534.68 | 0.00 |
| 10U | Pennsylvania Department of Revenue | 7300-000 | N/A | 735.17 | 735.17 | 0.00 |
| 11 -3 | Edgeworth Club | 7100-000 | 1,400.00 | 1,621.00 | 1,621.00 | 0.00 |
| 12 | American Express National Bank | 7100-000 | 7,153.00 | 7,007.35 | 7,007.35 | 0.00 |
| 13 | American Express National Bank | 7100-000 | 4,618.00 | 4,401.38 | 4,401.38 | 0.00 |
| 14U-2 | Internal Revenue Service | 7300-000 | N/A | 7,443.34 | 7,443.34 | 0.00 |
| 15 | PNC BANK, N.A. | 7100-000 | 4,952.00 | 4,941.12 | 4,941.12 | 0.00 |
| 21 | Bank of America, N.A. | 7100-000 | 14,184.00 | 14,048.48 | 14,048.48 | 0.00 |
| 22 | Synchrony Bank | 7100-000 | 5,334.00 | 5,288.70 | 5,288.70 | 0.00 |
| 23 | Duquesne Light Company | 7100-000 | N/A | 46.97 | 46.97 | 0.00 |
| 24 | JPMorgan Chase Bank, N.A. | 7100-000 | 3,537.00 | 3,613.48 | 3,613.48 | 0.00 |
| 25 | Toyota Motor Credit Corporation | 7200-000 | 0.00 | 9,671.81 | 0.00 | 0.00 |
| NOTFILED | Barclay's Bank | 7100-000 | 19,285.00 | N/A | N/A | 0.00 |
| NOTFILED | Allegheny Health Network | 7100-000 | 1,576.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 6,795.00 | N/A | N/A | 0.00 |
| NOTFILED | Bohdan Stone | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard Scott | 7100-000 | 85,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sewickley Cemetery | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 1,032.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 20,648.00 | N/A | N/A | 0.00 |
| NOTFILED | Lerner Windmill | 7100-000 | 4,733.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$362,250.00** | **$221,500.81** | **$211,829.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-20486-TPA  
**Case Name:** FLEMING, GARY L., SR.

**Trustee:** (580750) Rosemary Crawford  
**Filed (f) or Converted (c):** 09/22/19 (c)  
**§341(a) Meeting Date:** 11/25/19  

**Period Ending:** 09/28/22  
**Claims Bar Date:** 12/02/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   520 THORN ST., SEWICKLEY, PA  Disposed of under Chapter 11. | 0.00 | 0.00 | | 0.00 | FA |
| 2   1106 OHIO RIVER BLVD., SUITE 604, SEWICKLEY, PA | 165,000.00 | 0.00 | | 0.00 | FA |
| 3   2008 NISSAN SENTRA | 2,000.00 | 0.00 | | 0.00 | FA |
| 4   HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 5   ELECTRONICS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6   FIREARMS | 800.00 | 800.00 | | 333.00 | FA |
| 7   CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 8   JEWELRY | 2,500.00 | 900.00 | | 374.41 | FA |
| 9   CASH | 150.00 | 150.00 | | 62.41 | FA |
| 10  CHECKING ACCOUNT (PNC) | 767.00 | 767.00 | | 319.23 | FA |
| 11  CHECKING ACCOUNT (KEY BANK) | 4,039.00 | 4,039.00 | | 1,681.22 | FA |
| 12  CHECKING ACCOUNT (KEY BANK) | 28.00 | 28.00 | | 11.08 | FA |
| 13  BUSINESS INT. (FLEMING FINANCIAL/ NOT OPERATING) | 0.00 | 0.00 | | 0.00 | FA |
| 14  IRREVOCABLE TRUST FOR GARY FLEMING | 15,263.00 | 15,263.00 | | 6,353.24 | FA |
| 15  TESTAMENTARY TRUST FOR GARY FLEMING | 0.00 | 0.00 | | 0.00 | FA |
| 16  INSURANCE AND SECURITIES LICENSES | 0.00 | 0.00 | | 0.00 | FA |
| 17  PRIVATE MORTGAGE RECEIVABLE | 49,000.00 | 49,000.00 | | 20,396.27 | FA |
| 18  INSURANCE POLICY (TESTAMENTARY TRUST) | 1,000.00 | 0.00 | | 0.00 | FA |
| 19  RECEIVABLES/COMMISSION RENEWALS | Unknown | 0.00 | | 0.00 | FA |
| 20  RECEIVABLE FROM BOOK SALE | Unknown | 0.00 | | 0.00 | FA |
| 21  OFFICE FURNISHINGS/EQUIPMENT | 3,500.00 | 1,125.00 | | 469.14 | FA |
| 22  CUSTOMER LIST | Unknown | 0.00 | | 0.00 | FA |
| 23  MINERAL/ROYALTY RIGHTS (RITCHIE CO., WVA)  Disposed of under Chapter 11. | 0.00 | 0.00 | | 0.00 | FA |
| 24  MINERAL/ROYALTY RIGHTS (DODDRIDGE CO., WVA | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-20486-TPA  
**Case Name:** FLEMING, GARY L., SR.

**Trustee:** (580750) Rosemary Crawford  
**Filed (f) or Converted (c):** 09/22/19 (c)  
**§341(a) Meeting Date:** 11/25/19

**Period Ending:** 09/28/22

**Claims Bar Date:** 12/02/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 24   Assets   Totals (Excluding unknown values) | $250,547.00 | $72,072.00 | | $30,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2022       **Current Projected Date Of Final Report (TFR):** April 27, 2022 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 19-20486-TPA  **Trustee:** Rosemary Crawford (580750)
**Case Name:** FLEMING, GARY L., SR.  **Bank Name:** Mechanics Bank
 **Account:** ******3166 - Checking Account
**Taxpayer ID #:** **-***6785  **Blanket Bond:** $8,856,594.00  (per case limit)
**Period Ending:** 09/28/22  **Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/19 | | STEIDL AND STEINBERG ATTY AT LAW ESCROW ACCOUNT | CHECK REGARDING FUNDS REQUESTING IN 341A MOC | | 10,304.15 | | 10,304.15 |
| | {6} | | Partial Payment  114.38 | 1129-000 | | | 10,304.15 |
| | {8} | | Partial Payment  128.67 | 1129-000 | | | 10,304.15 |
| | {9} | | Partial Payment  21.44 | 1129-000 | | | 10,304.15 |
| | {10} | | Partial Payment  109.66 | 1129-000 | | | 10,304.15 |
| | {11} | | Partial Payment  577.46 | 1129-000 | | | 10,304.15 |
| | {12} | | Partial Payment  4.00 | 1129-000 | | | 10,304.15 |
| | {14} | | Partial Payment  2,182.15 | 1129-000 | | | 10,304.15 |
| | {17} | | Partil Payment  7,005.55 | 1129-000 | | | 10,304.15 |
| | {21} | | Partial Payment  160.84 | 1129-000 | | | 10,304.15 |
| 01/08/20 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/08/2020 FOR CASE #19-20486, 016026363 | 2300-000 | | 5.65 | 10,298.50 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 8.22 | 10,290.28 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 16.44 | 10,273.84 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 15.87 | 10,257.97 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 17.48 | 10,240.49 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 16.91 | 10,223.58 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 15.79 | 10,207.79 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 17.40 | 10,190.39 |
| 10/21/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 10,190.39 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,304.15 | 10,304.15 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,190.39 | |
| | | | **Subtotal** | | 10,304.15 | 113.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,304.15** | **$113.76** | |

{} Asset reference(s)  Printed: 09/28/2022 02:08 PM     V.20.45

Exhibit 9

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 19-20486-TPA | | Trustee: | Rosemary Crawford (580750) |
|---|---|---|---|---|
| Case Name: | FLEMING, GARY L., SR. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******8275 - Checking Account |
| Taxpayer ID #: | **-***6785 | | Blanket Bond: | $8,856,594.00 (per case limit) |
| Period Ending: | 09/28/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/21/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 10,190.39 | | 10,190.39 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.28 | 10,174.11 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 15.71 | 10,158.40 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 17.86 | 10,140.54 |
| 01/07/21 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/07/2021 FOR CASE #19-20486, Bond #016026363 | 2300-000 | | 6.01 | 10,134.53 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 15.70 | 10,118.83 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 15.13 | 10,103.70 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 17.81 | 10,085.89 |
| 04/06/21 | | GARY L. FLEMING, SR. IRREVOCABLE TRUST | INSTALLMENT PAYMENT RE SETTLEMENT AT COURT ORDER NO. 165 | | 2,000.00 | | 12,085.89 |
| | {6} | | Partial Payment 22.20 | 1129-000 | | | 12,085.89 |
| | {8} | | Partial Payment 24.98 | 1129-000 | | | 12,085.89 |
| | {9} | | Partial Payment 4.16 | 1129-000 | | | 12,085.89 |
| | {10} | | Partial Payment 21.28 | 1129-000 | | | 12,085.89 |
| | {11} | | Partial Payment 112.08 | 1129-000 | | | 12,085.89 |
| | {12} | | Partial Payment 0.78 | 1129-000 | | | 12,085.89 |
| | {14} | | Partial Payment 423.55 | 1129-000 | | | 12,085.89 |
| | {17} | | Partial Payment 1,359.75 | 1129-000 | | | 12,085.89 |
| | {21} | | Partial Payment 31.22 | 1129-000 | | | 12,085.89 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 18.62 | 12,067.27 |
| 05/25/21 | | GARY L. FLEMING, SR. IRREVOCABLE TRUST | INSTALLMENT PAYMENT RE SETTLEMENT AT COURT ORDER NO. 165 | | 2,000.00 | | 14,067.27 |
| | {6} | | Partial Payment 22.20 | 1129-000 | | | 14,067.27 |
| | {8} | | Partial Payment 24.98 | 1129-000 | | | 14,067.27 |
| | {9} | | Partial Payment 4.16 | 1129-000 | | | 14,067.27 |
| | {10} | | Partial Payment 21.28 | 1129-000 | | | 14,067.27 |
| | {11} | | Partial Payment 112.08 | 1129-000 | | | 14,067.27 |
| | {12} | | Partial Payment 0.78 | 1129-000 | | | 14,067.27 |
| | {14} | | Partial Payment 423.55 | 1129-000 | | | 14,067.27 |
| | {17} | | Partial Payment 1,359.75 | 1129-000 | | | 14,067.27 |
| | {21} | | Partial Payment 31.22 | 1129-000 | | | 14,067.27 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 18.26 | 14,049.01 |
| 06/23/21 | | GARY L. FLEMING, SR. IRREVOCABLE TRUST | INSTALLMENT PAYMENT RE SETTLEMENT AT COURT ORDER NO. 165 | | 2,000.00 | | 16,049.01 |
| | {6} | | Partial Payment 22.20 | 1129-000 | | | 16,049.01 |

Subtotals : $16,190.39 $141.38

{} Asset reference(s) Printed: 09/28/2022 02:08 PM V.20.45

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 19-20486-TPA | | Trustee: | Rosemary Crawford (580750) |
|---|---|---|---|---|
| Case Name: | FLEMING, GARY L., SR. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******8275 - Checking Account |
| Taxpayer ID #: | **-***6785 | | Blanket Bond: | $8,856,594.00 (per case limit) |
| Period Ending: | 09/28/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | {8} | | Partial Payment | 24.98 | 1129-000 | | | 16,049.01 |
| | {9} | | Partial Payment | 4.16 | 1129-000 | | | 16,049.01 |
| | {10} | | Partial Payment | 21.28 | 1129-000 | | | 16,049.01 |
| | {11} | | Partial Payment | 112.08 | 1129-000 | | | 16,049.01 |
| | {12} | | Partial Payment | 0.78 | 1129-000 | | | 16,049.01 |
| | {14} | | Partial Payment | 423.55 | 1129-000 | | | 16,049.01 |
| | {17} | | Partial Payment | 1,359.75 | 1129-000 | | | 16,049.01 |
| | {21} | | Partial Payment | 31.22 | 1129-000 | | | 16,049.01 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 25.40 | 16,023.61 |
| 07/20/21 | | GARY L. FLEMING, SR. IRREVOCABLE TRUST | INSTALLMENT PAYMENT RE SETTLEMENT AT COURT ORDER NO. 165 | | 2,000.00 | | 18,023.61 |
| | {6} | | Partial Payment | 22.20 | 1129-000 | | | 18,023.61 |
| | {8} | | Partial Payment | 24.98 | 1129-000 | | | 18,023.61 |
| | {9} | | Partial Payment | 4.16 | 1129-000 | | | 18,023.61 |
| | {10} | | Partial Payment | 21.28 | 1129-000 | | | 18,023.61 |
| | {11} | | Partial Payment | 112.08 | 1129-000 | | | 18,023.61 |
| | {12} | | Partial Payment | 0.78 | 1129-000 | | | 18,023.61 |
| | {14} | | Partial Payment | 423.55 | 1129-000 | | | 18,023.61 |
| | {17} | | Partial Payment | 1,359.75 | 1129-000 | | | 18,023.61 |
| | {21} | | Partial Payment | 31.22 | 1129-000 | | | 18,023.61 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 26.64 | 17,996.97 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 30.76 | 17,966.21 |
| 09/16/21 | | GARY L. FLEMING | PER COURT ORDER NO. 165 | | 2,000.00 | | 19,966.21 |
| | {6} | | Partial Payment | 22.20 | 1129-000 | | | 19,966.21 |
| | {8} | | Partial Payment | 24.98 | 1129-000 | | | 19,966.21 |
| | {9} | | Partial Payment | 4.16 | 1129-000 | | | 19,966.21 |
| | {10} | | Partal Payment | 21.28 | 1129-000 | | | 19,966.21 |
| | {11} | | Partial Payment | 112.08 | 1129-000 | | | 19,966.21 |
| | {12} | | Partial Payment | 0.78 | 1129-000 | | | 19,966.21 |
| | {14} | | Partial Payment | 423.55 | 1129-000 | | | 19,966.21 |
| | {17} | | Partial Payment | 1,359.75 | 1129-000 | | | 19,966.21 |
| | {21} | | Partial Payment | 31.22 | 1129-000 | | | 19,966.21 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 30.18 | 19,936.03 |
| 10/12/21 | | GARY L. FLEMING | PER COURT ORDER NO. 165 | | 2,000.00 | | 21,936.03 |
| | {6} | | Partial Payment | 22.20 | 1129-000 | | | 21,936.03 |
| | {8} | | Partial Payment | 24.98 | 1129-000 | | | 21,936.03 |
| | {9} | | Partial Payment | 4.16 | 1129-000 | | | 21,936.03 |

Subtotals :  $6,000.00  $112.98

{} Asset reference(s)

Printed: 09/28/2022 02:08 PM  V.20.45

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 19-20486-TPA | | Trustee: | Rosemary Crawford (580750) |
|---|---|---|---|---|
| Case Name: | FLEMING, GARY L., SR. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******8275 - Checking Account |
| Taxpayer ID #: | **-***6785 | | Blanket Bond: | $8,856,594.00  (per case limit) |
| Period Ending: | 09/28/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | {10} | | Partial Payment | 21.28 | 1129-000 | | | 21,936.03 |
| | {11} | | Partial Payment | 112.08 | 1129-000 | | | 21,936.03 |
| | {12} | | Partial Payment | 0.78 | 1129-000 | | | 21,936.03 |
| | {14} | | Partial Payment | 423.55 | 1129-000 | | | 21,936.03 |
| | {17} | | Partial Payment | 1,359.75 | 1129-000 | | | 21,936.03 |
| | {21} | | Partial Payment | 31.22 | 1129-000 | | | 21,936.03 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 32.59 | 21,903.44 |
| 11/16/21 | | GARY L. FLEMING | PER COURT ORDER NO. 165 | | 2,000.00 | | 23,903.44 |
| | {6} | | Partial Payment | 22.20 | 1129-000 | | | 23,903.44 |
| | {8} | | Partial Payment | 24.98 | 1129-000 | | | 23,903.44 |
| | {9} | | Partial Payment | 4.16 | 1129-000 | | | 23,903.44 |
| | {10} | | Partial Payment | 21.28 | 1129-000 | | | 23,903.44 |
| | {11} | | Partial Payment | 112.08 | 1129-000 | | | 23,903.44 |
| | {12} | | Partial Payment | 0.78 | 1129-000 | | | 23,903.44 |
| | {14} | | Partial Payment | 423.55 | 1129-000 | | | 23,903.44 |
| | {17} | | Partial Payment | 1,359.75 | 1129-000 | | | 23,903.44 |
| | {21} | | Partial Payment | 31.22 | 1129-000 | | | 23,903.44 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 38.83 | 23,864.61 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 39.52 | 23,825.09 |
| 01/11/22 | | GARY L. FLEMING | PER COURT ORDER NO. 165 | | 2,000.00 | | 25,825.09 |
| | {6} | | Partial Payment | 22.20 | 1129-000 | | | 25,825.09 |
| | {8} | | Partial Payment | 24.98 | 1129-000 | | | 25,825.09 |
| | {9} | | Partial Payment | 4.16 | 1129-000 | | | 25,825.09 |
| | {10} | | Partial Payment | 21.28 | 1129-000 | | | 25,825.09 |
| | {11} | | Partial Payment | 112.08 | 1129-000 | | | 25,825.09 |
| | {12} | | Partial Payment | 0.78 | 1129-000 | | | 25,825.09 |
| | {14} | | Partial Payment | 423.55 | 1129-000 | | | 25,825.09 |
| | {17} | | Partial Payment | 1,359.75 | 1129-000 | | | 25,825.09 |
| | {21} | | Partial Payment | 31.22 | 1129-000 | | | 25,825.09 |
| 01/26/22 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2022 FOR CASE #19-20486, Bond No. 016026363 | 2300-000 | | 30.54 | 25,794.55 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 38.72 | 25,755.83 |
| 02/22/22 | | GARY L. FLEMING | PER COURT ORDER NO. 165 | | 2,000.00 | | 27,755.83 |
| | {6} | | Partial Payment | 22.20 | 1129-000 | | | 27,755.83 |
| | {8} | | Partial Payment | 24.98 | 1129-000 | | | 27,755.83 |
| | {9} | | Partial Payment | 4.16 | 1129-000 | | | 27,755.83 |

Subtotals :   $6,000.00   $180.20

{} Asset reference(s)

Printed: 09/28/2022 02:08 PM    V.20.45

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 19-20486-TPA | | Trustee: | Rosemary Crawford (580750) |
|---|---|---|---|---|
| Case Name: | FLEMING, GARY L., SR. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******8275 - Checking Account |
| Taxpayer ID #: | **-***6785 | | Blanket Bond: | $8,856,594.00  (per case limit) |
| Period Ending: | 09/28/22 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | {10} | | Partial Payment  21.28 | 1129-000 | | | 27,755.83 |
| | {11} | | Partial Payment  112.08 | 1129-000 | | | 27,755.83 |
| | {12} | | Partial Payment  0.78 | 1129-000 | | | 27,755.83 |
| | {14} | | Partial Payment  423.55 | 1129-000 | | | 27,755.83 |
| | {17} | | Partial Payment  1,359.75 | 1129-000 | | | 27,755.83 |
| | {21} | | Partial Payment  31.22 | 1129-000 | | | 27,755.83 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 38.85 | 27,716.98 |
| 03/22/22 | | GARY L. FLEMING | PER COURT ORDER NO.  165 | | 1,695.85 | | 29,412.83 |
| | {6} | | Final Payment  18.82 | 1129-000 | | | 29,412.83 |
| | {8} | | Final Payment  20.92 | 1129-000 | | | 29,412.83 |
| | {9} | | Final Payment  3.53 | 1129-000 | | | 29,412.83 |
| | {10} | | Final Payment  18.05 | 1129-000 | | | 29,412.83 |
| | {11} | | Final Payment  95.04 | 1129-000 | | | 29,412.83 |
| | {12} | | Final Payment  0.06 | 1129-000 | | | 29,412.83 |
| | {14} | | Final Payment  359.14 | 1129-000 | | | 29,412.83 |
| | {17} | | Final Payment  1,152.97 | 1129-000 | | | 29,412.83 |
| | {21} | | Final Payment  27.32 | 1129-000 | | | 29,412.83 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 49.59 | 29,363.24 |
| 08/31/22 | 10104 | Rosemary Crawford | Dividend paid 100.00% on $3,750.00, Trustee Compensation;  Reference: | 2100-000 | | 3,750.00 | 25,613.24 |
| 08/31/22 | 10105 | Rosemary C. Crawford | Dividend paid 100.00% on $1,360.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,360.00 | 24,253.24 |
| 08/31/22 | 10106 | Rosemary C. Crawford | Dividend paid 100.00% on $63.55, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 63.55 | 24,189.69 |
| 08/31/22 | 10107 | Rosemary Crawford | Dividend paid 100.00% on $50.34, Trustee Expenses;  Reference: | 2200-000 | | 50.34 | 24,139.35 |
| 08/31/22 | 10108 | United States Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $4,875.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 4,875.00 | 19,264.35 |
| 08/31/22 | 10109 | Christopher M. Frye, Esquire | Dividend paid 100.00% on $7,316.00, Attorney for Trustee/DIP Fees (Other Firm) (Prior Chapter);  Reference: | 6210-000 | | 7,316.00 | 11,948.35 |
| 08/31/22 | 10110 | Christopher M. Frye, Esquire | Dividend paid 100.00% on $286.00, Attorney for Trustee/D-I-P Expenses (Other Firm) (Prior Chapter);  Reference: | 6220-000 | | 286.00 | 11,662.35 |
| 08/31/22 | 10111 | Pennsylvania Department of Revenue | Dividend paid  4.97% on $11,156.71; Claim# 10P; Filed: $11,156.71; Reference: | 5800-000 | | 555.24 | 11,107.11 |
| 08/31/22 | 10112 | Internal Revenue Service | Dividend paid  4.97% on $223,179.15; Claim# 14P-2; Filed: $223,179.15; Reference: | 5800-000 | | 11,107.11 | 0.00 |

Subtotals :   $1,695.85   $29,451.68

{} Asset reference(s)

Printed: 09/28/2022 02:08 PM    V.20.45

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 19-20486-TPA | | Trustee: | Rosemary Crawford (580750) |
|---|---|---|---|---|
| Case Name: | FLEMING, GARY L., SR. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******8275 - Checking Account |
| Taxpayer ID #: | **-***6785 | | Blanket Bond: | $8,856,594.00 (per case limit) |
| Period Ending: | 09/28/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 29,886.24 | 29,886.24 | $0.00 |
| | | | Less: Bank Transfers | | 10,190.39 | 0.00 | |
| | | | **Subtotal** | | 19,695.85 | 29,886.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,695.85** | **$29,886.24** | |

| | Net Receipts : | 30,000.00 |
|---|---|---|
| | Net Estate : | $30,000.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3166** | 10,304.15 | 113.76 | 0.00 |
| **Checking # ******8275** | 19,695.85 | 29,886.24 | 0.00 |
| | $30,000.00 | $30,000.00 | $0.00 |

{} Asset reference(s)

Printed: 09/28/2022 02:08 PM    V.20.45